1  Jesse Aron Ross
2  #1095756-HDSP
3  P.O. Box 650
4  Indian Springs
5  N.V. 89070

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 6 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### (Las Vegas)

| | |
|---|---|
| Jesse Aron Ross, Plaintiff, | CASE NO: 2:17-CV-02386-APG-GWF |
| -VS- | |
| Brian Sandoval et al., Defendants | *Motion for preliminary Injunction |

Comes Now above named Plaintiff, Appearing Pro-se, incarcerated and In forma pauperis, to Respectfully move this court to issue a preliminary Injunction against the Defendants. This motion is based upon the papers and pleadings on file, The Attached memorandum of Points and Authorities and any oral arguement permitted at the hearing of this Matter.

Certificate of service Attached.

1  Memorandum of Points and Authorities
2
3  I. Procedural history
4  A. On September 25 2017 Plaintiff filed A first
5  Amended complaint ("FAC") in this case, along with
6  a motion to Proceed In forma pauperis.
7
8  II. Table of Authorities
9  A. Fed. Rul. Civ. Pro ("FRCP") Rule 65
10 B. Stuhlbarg int'l Sales Co Inc -v- John D. Brush $
11 Co Inc., 240 F.3d 832 (9th cir. 2001) First cited
12 On page Number: 6
13 C. Winter -v- Natural Res. Def. council Inc., 555
14 U.S. 7, 129 S.ct 365 (2008) First cited on page Number: 6
15 D. Alliance for the Wild Rockies -v- Cottrell 632 F.3d 1127
16 (9th cir 2011) First cited on page Number: 6
17 E. Mazarek -v- Armstrong 520 U.S. 968, 117 S.ct 1865 (1997)
18 First cited on page Number: 7
19 F. Garcia -v- google Inc. 786 F.3d 733 (9th cir 2015) 7
20 G. Hartford empire co -v- United States 323 U.S. 386
21 First cited on page Number: 7
22 H. Shelton -v- National Collegiate Athletic Asso 539 F.2d
23 1197 (9th cir 1976) First cited on page Number: 7
24 I. Lee -v- Mcmanus 543 F.supp 386 D.C. Kansas (1982),
25 First cited on page Number: 6
26 J. Selah -v- Goord 255 F.supp 2d 42 N.D.N.Y. (2003),
27 First cited on page Number: 9
28
29                    2

1. K. Dixon -v- Bannister 845 F. Supp 2d 1136
2. (D. Nev 2012) First cited on page number: 8
3.
4. L. Hunt-v- Dental Dept, 865 F.2d 198 (9th cir
5. 1989) First cited on page number: 8
6.
7. M. Estelle -v- Gamble 429 U.S. 97, 97
8. S.ct 798 (1976) First cited on page number: 8
9.
10. N. Helling -v- McKinney 509 U.S. 25, 113 S.ct
11. 2475 (1993) First cited on page number: 9
12.
13. O. Crowley -v- Bannister 734 F.3d 967 (9th cir 2013),
14. First cited on page Number: 9
15.
16. P. Jett -v- Penner 439 F.3d 1091 (9th cir 2006) First cited
17. on Page Number: 8
18.
19. Q. Chance -v- Armstrong 143 F.3d 698 (2d cir 1995),
20. First cited on page number: 9
21.
22. R. Title 18 USC section 3626
23.
24.
25.
26.
27.
28.
29.               3

III. Questions Presented

1) Does a severe tooth ache, with substantial foul tasting discharge constitute a serious medical need, Does the prison have a duty to treat Plaintiffs cavities, that caus him severe pain.

2) What are the consequences of failing to treat Plaintiffs cavities.

3) What is a reasonable -vs- unreasonable Delay in treating cavities that have exposed nerve, and possible infection/abcess.

4) What is the minimum standard of care (Dental), required by the Constitution.

5) How does the prison litigation reform Act ("PLRA") apply to this case and request for injunction.

IV. Statement of Facts

A. On 1-21-17, 1-29-17, and 2-6-17, Plaintiff submitted Dental requests to see a dentist at High Desert State Prison ("HDSP"), Plaintiff was seen by Dr. Magapah on 3-27-17, however Dr. Magapah refused to treat all Plaintiffs cavities, and only treated one tooth. (see Plaintiffs First Amended complaint ["FAC"] page Number 6-V-Ln 10 to 18 and pg 6-W Line 1 to 15). On 3-30-17 Plaintiff filed an Administrative grievance ("FAC" pg 6-W-Lines 15 to 19). On 04-03-2017 Plaintiff grievance was "upheld" and "Granted", stating "Please be advised that the Dental Department was notified about your Dental issue

4

we will Place you on the List to be seen by the dental department regarding your dental problem. Please wait until you get seen on your unit day. Thanks". See EXHibit "A" Attached

B. As of November 1, 2017 plaintiff has Not been seen by the "HDSP" Dental department, 209 days since the grievance was "Upheld", "Granted".

C. Plaintiff Has 7-10 visible cavities, 3 of which caus chronic pain, on of those three causes severe pain, with A exposed nerve, and regular Foul tasting discharge, eating breathing, drinking is painfull, I often wake up due to severe pain.

D. There are 2 Dentists for the Approx. 4,000 offenders housed at "HDSP", the Facilities were only Built for 1/2 that number, As A new prison Annex was added After the original Prison was constructed.

E. Plaintiff recieved A 30 day Prescription for IBuprofen 600mg for his Broken nose, and even this had minimal effect on the pain, Plaintiff has recieved No Antibiotics or pain medicine from "HDSP" Dental.

V. Legal Standard.

The Federal Rules of Civil Procedure ("FRCP") Provide for A Preliminary Injunction "FRCP" Rule 65. Notice must be given to the Adverse Party "FRCP" Rule 65 (A)(i), which Plaintiff has done, see

1  Attached Certificate of Service. The Standard for obtaining
2  a temporary restraining order and a preliminary injunction
3  are substantially the same. (Stuhlbarg int'l Sales Co., Inc., -v-
4  John D. Brush & Co Inc., 240 F.3d 832, at 839 N. 7
5  (9th cir 2001)). To Qualify for a preliminary injunction, a
6  Plaintiff must satisfy a 4 prong test: ① a likelihood
7  of success on the merits ② a Likelihood of irreparable
8  harm ③ The Balance of hardships favor the plaintiff
9  and ④ an injunction is in the public interest. (Winter -v-
10 Natural Res. Def. Council, Inc., 555 U.S. 7 at 20,
11 129 S.Ct 365 (2008)). Irreparable harm, the
12 threat of which is needed to obtain a preliminary
13 injunction includes physiological pain and or injury,
14 (Lee-v- Mcmanus 543 F.Supp 386 D.c Kansas
15 1982) Alternatively under the sliding scale approach,
16 the plaintiff must Demonstrate ① serious Questions
17 on the merits ② a Likelihood of irreprable harm
18 ③ the Balance of hardships tips Sharply in the
19 Plaintiffs favor and ④ an injunction is in the public
20 interest. (Alliance for the wild rockies -v- cottrell
21 632 F.3d 1127 at 1135 (9th cir. 2011). In the context
22 of a civil action challenging prison conditions, injunctive
23 relief must be Narrowly drawn, extend no further than
24 Necessary to correct the harm the court finds requires
25 Preliminary relief, and to be the Least intrusive means
26 Necessary to correct the harm. (18 USC section 3626(A)(2)).
27 The injunction must give substantial weight to any Adverse
28 impact on public safety or the operation of the criminal
29

6

1. Justice system caused by the injunctive relief,
2. and shall respect the principles of comity set out in
3. (18 USC section 3626 (A)(1)(B). It is important to
4. Note that Equitable relief by an injunction is
5. not penal (Hartford-Empire Co -v- United States
6. 323 U.S. 386) A preliminary injunction is an
7. extraordinary and drastic ~~one~~ remedy, one that should
8. not be granted unless the movant by a clear showing,
9. carries the Burden of persuasion (Shelton -v- National
10. Collegiate Athletic Asso 539 F2d 1197, 9th Cir. 1976;
11. and Mazurek -v- Armstrong 520 U.S. 968 at 972, 117 S.ct
12. 1865 1997). Where the Moving party requests that
13. A preliminary injunction makes the Non-moving
14. party take Affirmative action, A court should
15. Deny the request Unless the Facts and Law
16. clearly favor the Moving party. (Garcia -v- Google
17. Inc., 786 F.3d 733 at 740 9th Cir. 2015)
18.
19. VI.
20. Issue. Plaintiff has multiple cavities, which cause extreme
21. Pain, difficulty eating, sleeping, drinking. Plaintiff has
22. made the prison aware of this through Dental requests,
23. grievances and verbally to the dentist. It has been
24. well over 200 days since plaintiff was granted leave
25. to be seen by the prison Dental Department. In addition
26. to the pain (which on a scale of 1 to 10 is a constant
27. 5 to 7 reaching 10 at times) Plaintiff's cavities
28. are ~~dis~~ discharging Foul tasting Fluid, which is
29.

7

a good indication of infection/Abcess. It is common Lay Knowledge that such an infection can caus death and overtime other major health issues such as heart disease.

Analysis of the Rule of Law to the Facts and issues

The 8th Amendment embodies broad and idealistic concepts of Dignity, civilized standards, humanity an decency, Against which we must evaluate penal measures. (Estelle-v-Gamble 429 U.S. 97 at 102, 97 S.ct 798 (1976)). Thus elementary principals establish the governments obligation to provide medical care for those whom it punishes by incarceration Estelle 429 U.S. at 103 A inmate must rely on Prison Authorities to treat his medical needs, if they fail to do so those needs will not be met, such a failure may actually caus Physical torture or a Lingering death. ID.

This Duty to provide medical care extends to Providing Dental care, As Dental care is one of the most important medical needs of prisoners, the denial of which constitutes a violation of the 8th Amendment (Dixon-v-Bannister 845 F.Supp 2d 1136 at 1143 D.Nev 2012; and Hunt-v-Dental Dep't 865 F.2d 198 200 (9th cir 1989)).

In the cas at Bar the prison has unreasonably delayed (for over 200 days) ~~Plaintiff~~ Access to Dental care, which itself violates the 8th Amendment (Jett-v-Penner 439 F.3d 1091, 1096 (9th cir 2006)

8

1. Plaintiff has a right to timely Adequate dental
2. care that consists of saving teeth that can
3. be saved (See Chance-v-Armstrong 143 F.3d 698
4. 2d cir 1998; Crowley 734 F.3d 967, 978 9th cir, 2013;
5. Dixon 843 F.Supp at 1143; Hunt 865 F.2d at 200)
6. Furthermore the 8th Amendment Also Allows this court
7. to inquire into the Future harm plaintiff faces
8. if he doesent recieve Adequate timely care
9. (Helling-v-McKinney 509 U.S. 25 at 33, 113 S.ct
10. 2475 1993. The Supreme Court held, "It would
11. be odd to deny an injunction to inmates who plainly
12. proved an unsafe, Life threatening condition in their
13. prison on the ground that nothing yet happened to
14. them" Helling 509 U.S. at 34. In Selah-v-goord
15. 255 F.Supp 2.d 42 NDNY 2003 A preliminary
16. injunction was granted to an inmate seeking a
17. religious exemption from A ~~tb~~ TB test.
18. As to the Four prong test the Supreme court of
19. the United State layed out in Winter-v-Natural
20. Res. Def. Council Inc., 1) The Liklihood of
21. Success on the merits, well plaintiff has shown
22. A serious medical Need, the prisons denial and
23. delay in treating the same 2) irreprable Harm,
24. Loss of teeth, extreme pain (see Leed-McManus
25. 543 F.Supp 386 DC Kansas 1982, irreprable Harm
26. includes pain/injury), the potential of infection and
27. even death, 3) The Balancing of Hardships favors
28. Plaintiff, - Here plaintiff has met this Burden,
29.

9

1
2 Because his only way to access cure is by and through
3 prison Authorities, without which, as the Supreme
4 Court held in estelle, IF the prison fails to meet
5 Plaintiffs medical needs, those needs will not be
6 met, causing Physical torture or a lingering death,
7 estelle 429 U.S. at 103- 4) and whether an injunction
8 is in the public interest. It is in the public interest to
9 treat those the State incarcerates in a humane
10 and dignified manner. Finally The Facts and Law
11 must favor plaintiff if he is to get relief. The Facts
12 are clear, The Law is clear, the prison must
13 Provide Adequate timely dental care in accord with
14 established standards of community care, They
15 have not, and this court can compel them to do so.
16 The Relief plaintiff has Asked For is Narrowly
17 drawn and the Least intrusive Means necessary to
18 get plaintiff treated for pain and infection.
19
20 VII. Request for relief
21 Therefore, for good cause shown, Plaintiff
22 requests this court issue a preliminary Injunction,
23 directed to Defendant James Dzurenda, the Director
24 of the Nevada Department of Corrections ("NDOC")
25 "HDSP", To do the Following:
26 1) To order the "HDSP" to provide Plaintiff with a
27 Full oral exam
28 2) upon completion of the oral exam, which ought
29

10

1
2 to be conducted by a Liscenced Dentist, Plaintiff
3 Cavities be treated forthwith, by Providing fillings,
4 Root canals or caps, for those teeth that can
5 be saved.
6 3) For those teeth that cannot be saved, they
7 Should be extracted, and plaintiff be provided with
8 "partials", As all of the Above is not only the
9 minimum established community Level of care, But
10 Also the Actual Policy of "NDOC".
11 4) that treatment be Administered with 14 days
12 of service of the ~~temporary~~ Preliminary injunction.
13 5) that the court order the Clerk to transmitt
14 A copy of the preliminary injunction to the United
15 States Marshall, That the court order the United
16 States Marshalls ("USM") to serve defendant
17 James Dzurenda at th NDOC Adminstrative office
18 at 3955 W. Russell Rd Las vegas N.V. 89118, and
19 that the clerk transmit a copy of the order to
20 serve to the USM, And that the Court order the
21 "USM" to effect service with 14 days of
22 the reciept by the USM.
23
24
25
26
27
28
29                               11

1  I understand that a false statement or
2  Answer will subject me to Penalties of Perjury
3  and/or sanction By this court
4
5  I Jesse Ann Ross        Declare under Penalty
6  of Perjury under the Laws of the United
7  States of America (Per 28 USC
8  Section 1746) And the Laws of the State
9  of Nevada (Per NRS 53.045) that
10 the foregoing is true and correct to
11 the Best of my Personal Knowledge.
12
13 Signed on: 1 November 2017
14                          X Jesse Ross
15 Signed in Clark          Jesse Ann Ross
16 County Nevada
17                          HDSP #1095756
18                          P.O. Box 650
19                          Indian Springs N.V.
20                          89070
21
...
28

12

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Jesse Ross_____, declare:

I am over 18 years of age and a party to this action. I am a resident of __HDSP_____ Prison,

in the county of __Clark_____,

My prison address is: __P.O. Box 650_____
__Indian Springs NV. 89070_____

On __2 November_____,
            (DATE)

I served the attached: __Motion for Preliminary Injunction_____

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

__Director of Corrections-NDOC. 3955 W. Russell__
__Rd Las vegas NV. 89116__

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on __2 November 2017__           __Jesse F Ross__
              (DATE)                        (DECLARANT'S SIGNATURE)

K:\COMMON\CSA\FORMS\P_PRFSVC.WPD August 21, 2000 (2:11pm)

# EXHIBIT A

CASE NAME: Ross -v- Sandoval
CASE NO: 2:17-CV-02386-APG-GWF
Contains 1 PAge



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#** 20063045392  **ISSUE DATE:** 04/03/2017

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ROSS, JESSE ARON | 1095756 | RTRN_INF | ABUEN |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 05/31/2017 | 5 | Granted | KMILLER | A |

**INMATE COMPLAINT**

**OFFICIAL RESPONSE**

Please be advise that the dental department was notified about your dental issue. We will place you on the list to be seen by the dental department regarding your dental problem. Please wait until you get seen on your unit day. Thanks.

GRIEVANCE: Upheld.

_A. Buen_
GRIEVANCE RESPONDER

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date:   MAY-31-17 10:42 AM

RECEIVED AUG 1 4 2017
HIGH DESERT STATE PRISON
GRIEVANCE COORDINATOR

Page 1 of 3

RECEIVED JUN 27 2017 HDSP

Jesse Aron Ross
1095756
High Desert State Prison
PO Box 650
Indian Springs, NV 89070-0650

#3762

Clerk
U.S. District Court - District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. S.O. — RM 1334
Las Vegas NV. 89101

Legal Mail