# EXHIBIT 5

## Plaintiff's NDOC Dental Chart

# EXHIBIT 5

**ROSS, JESSE**
**1095756**

Name _____    C# _____    MEDICAL ALERTS _____

| DATE | PULHESD | SERVICES | SIGNATURE |
|---|---|---|---|
| DEC 26 2012 | | VISUAL INTAKE | LS |
| 2Mar13 | | (1) Pan. Panty to now - rev #30. Med hx reviewed. | |
| 3/20/13 | | RMH; Pt has pain #30. PA taken: #30 - fx'd crn, CIP, IP, NR. Ext #30 w/ 3 carps 2% lido. POI. Ibu 200 → pp. NV: cof#14 | |
| 5/1/13 | | RMH; Pt has pain #14. PA taken: #14 - fx'd crn, CIP, PAA, NR. Ext #14 w/ 1 carp 2% lido. POI. Ibu 200 → pp | |
| 9/25/13 | | RMH; Pt has pain #31. PA taken: #31 - mod perio BL, slight furc involvement; #32 - CIP, IP, PAA distal root, NR. Ext #32 w/ 5 carps 2% lido. POI. Ibu 200 → pp. | |
| 08/18/15 #2 (ext) | | Med. hx - no changes. "My tooth hurts." #2 has caries to p/p and root — non-salvageable — LA (1.8 cc 2% lido c 1:100,000 epi) 1 carp - Consult form signed - no complications - homecare inst. given - Rx Ibuprofen 200, (pack given) | |
| 03/27/17 #3 (ext) | | Med. hx - no changes. "My tooth hurts" - #3 has caries to p/p and root - non-salvageable - no complications - homecare inst. given - Rx Ibuprofen 200, pack given - PA taken. | |
| 12/11/17 #4 D | | At the request of DON, pt. is being seen and treated for pain in tooth #4. Patient has not submitted any patient kite to dental and has been informed to submit dental kites (request for tx) from this point forward. Oral exam done, med hx reviewed. PA taken #4. Caries & calculus #4D removed. #4D only has caries. Placed Fine lite and Clearfil #4 - #4D. Recontoured and Cured #4D in blue box. IR. Continue w/ either extraction or scaling & prophylaxis. Pt. said he will kite, and told me that this was "the most pleasant dental experience he has had." Pt. also mentioned that he had previously had a fractured mandible. | |

PAGE 2 OF 2    DOC 2562 (REV. 7/01)