# EXHIBIT 6

## Grievance 2006-30-45392

# EXHIBIT 6

# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#** 20063045392          **ISSUE DATE:** 04/03/2017

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ROSS, JESSE ARON | 1095756 | RJD_3 | PRUSSELL |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 08/14/2017 | | | DSIPES | INACTIVE |

| INMATE COMPLAINT |
|---|
| I respectfully disagree with the DOC 3098, and ask the grievnce be adjudicated upon its merits. Heres why the 3098 is factually incorrect. On 6-1917 I started the first level, but needed a continuation form DOC 3097. I was unable to get the form I needed..... ...[DSIPES, 09/05/2017 07:43:35]  //  IM disagrees and signed 09/01/2017. |

| OFFICIAL RESPONSE |
|---|
| DOC 3098 - Per AR 740, you cannot continue to the next level when the previous level has not been accepted.  You signed off on the Informal on 06/16/17.  The first level was picked up on 06/26/17.  Grievances are picked up every day.  You dated it 06/19/17.  It did not sit in the grievance box a week. |

*GRIEVANCE RESPONDER*

# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#** 20063045392    **ISSUE DATE:** 04/03/2017

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ROSS, JESSE ARON | 1095756 | RJD_2 | PRUSSELL |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 07/25/2017 | | | KMILLER | INACTIVE |

| INMATE COMPLAINT |
|---|
| I disagree becaus you lost my 2nd page. ...[HSAMS, 08/08/2017 10:09:56]  // IM disagrees and signed 08/07/2017. |
| **OFFICIAL RESPONSE** |
| Per AR 740, you have 5 days to appeal. You cannot predate a grievance. This was put into the grievance box no sooner than 06/25/2017. Grievances are picked up every day. this was picked up on the 26th. |

*GRIEVANCE RESPONDER*

# State of Nevada
## Department of Corrections

*INMATE GRIEVANCE REPORT*

| ISSUE ID# | 20063045392 | | ISSUE DATE: | 04/03/2017 |
|---|---|---|---|---|

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ROSS, JESSE ARON | 1095756 | RTRN_INF | ABUEN |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 05/31/2017 | | Granted | KMILLER | INACTIVE |

| INMATE COMPLAINT |
|---|
| Inmate disagrees signed 6-16-17 |

| OFFICIAL RESPONSE |
|---|
| Please be advise that the dental department was notified about your dental issue. We will place you on the list to be seen by the dental department regarding your dental problem. Please wait until you get seen on your unit day. Thanks.<br><br>GRIEVANCE: Upheld. |

*GRIEVANCE RESPONDER*

# State of Nevada
## Department of Corrections

*INMATE GRIEVANCE REPORT*

| ISSUE ID# | 20063045392 | | | ISSUE DATE: | 04/03/2017 |
|---|---|---|---|---|---|

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ROSS, JESSE ARON | 1095756 | RCVD_INF | GTAINO |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 05/12/2017 | | | LTOBIN | INACTIVE |

| INMATE COMPLAINT |
|---|
| I am filing this grievance regarding dental care at HDSP. I believe Dental care is not adequate. I filed my first dental request for "Extreme Pain" on 1-21-17, then again on 1-29-17, then on 2-6-17. See attached kies. |
| **OFFICIAL RESPONSE** |
| (There were no kites attached to grievance. L.Tobin) |

*GRIEVANCE RESPONDER*

# State of Nevada
## Department of Corrections

*INMATE GRIEVANCE REPORT*

| ISSUE ID# | 20063045392 | | | ISSUE DATE: | 04/03/2017 |
|---|---|---|---|---|---|

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ROSS, JESSE ARON | 1095756 | RJD_1 | PRUSSELL |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 04/03/2017 | | | RZANER | INACTIVE |

| INMATE COMPLAINT |
|---|
| Iam filing this grievance regarding dental care at HDSP. I believe the dental care is inadequate. I filed my first dental request for extreme pain on 1/21/2017.... ...[RZANER, 04/27/2017 11:39:58] Inmate signed on 4/24/2017 ...[LTOBIN, 05/09/2017 07:35:54] Inmate disagreed w/ DOC 3098 informal rejection. Inmate signed 4/24/17 |

| OFFICIAL RESPONSE |
|---|
| DOC 3098 to inmate<br>Grievance not accepted-Per AR 740, You cannot grieve more than 1 grievance per 7 day period, Monday through Sunday. You have submitted grievances on 3/27/2017 and on 3/29/2017. |

*GRIEVANCE RESPONDER*