# EXHIBIT 7

## Grievance 2006-30-57050

# EXHIBIT 7

# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

| ISSUE ID# | 20063057050 | | | ISSUE DATE: | 10/09/2017 |

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ROSS, JESSE ARON | 1095756 | RTRN_INF | ABUEN |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 11/15/2017 | | Denied | DSIPES | A |

| INMATE COMPLAINT |
|---|
| |

| OFFICIAL RESPONSE |
|---|
| Inmate ROSS, JESSE #1095756, I am in receipt of your grievance 2006-30-57050 as it relates to your dental issues. You were referred to be seen by dental department. You received a pain medication on 10/6/17 that you signed for. AR 613 States "The health care complaints of inmates will be processed, reviewed, and responded to daily by trained medical personnel according to priority of the need." Please wait patiently. Thanks.<br>GRIEVANCE: Denied |

*GRIEVANCE RESPONDER*

# State of Nevada
## Department of Corrections

*INMATE GRIEVANCE REPORT*

| ISSUE ID# | 20063057050 | | | ISSUE DATE: | 10/09/2017 |
|---|---|---|---|---|---|

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| ROSS, JESSE ARON | 1095756 | RCVD_INF | ABUEN |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 10/20/2017 | | | DSIPES | A |

| INMATE COMPLAINT |
|---|
| I am filing this grievance because n 4-3-17 (appros. 190 days ago) by grievance (#206 3045392) was "upheld" "granted", and I still have NOT seen the dental department. This is not acceptable. Harm/loss; I have been in dental pain during the entirety..... |

| OFFICIAL RESPONSE |
|---|
|  |

*GRIEVANCE RESPONDER*