_JESSE ARON ROSS_
Name
_HDSP- P.O.Box 650_
_Indian Springs N.V. 89070_
_1095756_
Prison Number



FILED ____ ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 8 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

_JESSE ARON ROSS_ ,
     Plaintiff,    )
           )
           )
vs.          )
_BRIAN SANDOVAL et al,_ )
_See page 1-A For Full_ , )
_List of Defendants._ )
           )
           )
           )
       Defendant(s). )

CASE NO. _2:17-CV-02386-APG-GWF_
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
PURSUANT TO**
42 U.S.C. § 1983, _28 USC section 1367,_
_NRS. 41.031, 41.032, 41.0322_

)_Jury Demand_

## A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, _Jesse Ross_ ,
                    (Print Plaintiff's name)

who presently resides at _22010 Cold Creek Rd, Indian Springs NV 89070,_ were

violated by the actions of the below named individuals which were directed against

Plaintiff at _High Desert State Prison Indian Springs NV._ on the following dates
     (institution/city where violation occurred)

_03-4-17_    , _03-09-17_    , and _4-9-16_ .
(Count I)      (Count II)      (Count III)



1. Abuen coming     15. J. Faliszek
2. Adam Laxalt     16. Julio auldrin
3. Brian sandoval     17. L. Stewart
4. Brim williams     18. Lt. Owens
5. Calderwood     19. Lt. Plumlee
6. c/o Vaughn     20. M. Cerins
7. Dr. Mangaipit     21. Malone
8. Dr. Sanders     22. Quentin Byrne
9. Dwight Neven     23. Perry Russell
10. H. Wickham     24. Romeo Aranas
11. Jane Doe     25. S. L. Foster
12. James Daurenda     26. Sgt. Ontiveras
13. J. Murphy     27. W. Glass
14. J. Torress

## Abbreviations

NDOC - Nevada Department of Corrections
HDSP - High Desert State Prison
PSU - Protective Segregation unit
MDS - Medical Delivery System
AR - Administrative Regulation
OP - Operating Procedure

## Defendants Reside at same Address:

NDOC - 3955 W. Russell Rd. Las Vegas
N.V. 89118

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

1  **a)** Defendant _Ahren Camino_____ resides at _____,
        (full name of first defendant)              (address if first defendant)
   and is employed as _Nurse -grievance Responder_. This defendant is sued in his/her
                          (defendant's position and title, if any)
   _✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: _employeed by NIDOC_____


2  **a)** Defendant _Adam Laxalt_____ resides at _____,
        (full name of first defendant)              (address if first defendant)
   and is employed as _Commissioner_____. This defendant is sued in his/her
                          (defendant's position and title, if any)
   _✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: _Commissioner  -  Nev. Board of. Prison
   Commissioners_____


3  **a)** Defendant _Brian Sandoval____ resides at _____,
        (full name of first defendant)              (address if first defendant)
   and is employed as _President_____. This defendant is sued in his/her
                          (defendant's position and title, if any)
   _✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: _President, Nevana ~~Prison~~ Board of
   Prison Commissioner____


4  **a)** Defendant _Brian Williams____ resides at _____,
        (full name of first defendant)              (address if first defendant)
   and is employed as _Warden - HDSP____. This defendant is sued in his/her
                          (defendant's position and title, if any)
   _✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: _employeed by NDoC._____

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

5 ⓐ) Defendant _Calderwood_ resides at _____,
    (full name of first defendant)          (address if first defendant)
and is employed as _Caseworker_ . This defendant is sued in his/her
    (defendant's position and title, if any)
_✓_ individual _✓_ official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: _employeed by NDOC_

_____


6 ⓐ) Defendant _C/o VAugh_ resides at _____,
    (full name of first defendant)          (address if first defendant)
and is employed as _Corrections officer_ . This defendant is sued in his/her
    (defendant's position and title, if any)
_✓_ individual _✓_ official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: _employeed By NDOC_

_____


7 ⓐ) Defendant _Dr. mangapit_ resides at _____,
    (full name of first defendant)          (address if first defendant)
and is employed as _HDSP- Dentist_ . This defendant is sued in his/her
    (defendant's position and title, if any)
_✓_ individual _✓_ official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: _employeed by NDOC._

_____


8 ⓐ) Defendant _Dr. Sanders_ resides at _____,
    (full name of first defendant)          (address if first defendant)
and is employed as _HDSP- Dentist_ . This defendant is sued in his/her
    (defendant's position and title, if any)
_✓_ individual _✓_ official capacity.  (Check one or both).  Explain how this defendant was acting

under color of law: _employeed by NDOC._

_____

2  —A

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

9  ☉ Defendant Dwight Neven_____ resides at _____.
          (full name of first defendant)              (address if first defendant)
and is employed as WArden - HDSP_____. This defendant is sued in his/her
          (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: Employeed by NDOC._____

10  ☉ Defendant H. Wickham_____ resides at _____.
          (full name of first defendant)              (address if first defendant)
and is employed as NDOC- Deputy Director_____. This defendant is sued in his/her
          (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: employeed by NDOC_____

11  ☉ Defendant JAne Doe_____ resides at _____.
          (full name of first defendant)              (address if first defendant)
and is employed as Dental Assistant_____. This defendant is sued in his/her
          (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: initials "CB" - employeed by NDOC.

12  ☉ Defendant JAmes Dzurenda_____ resides at _____.
          (full name of first defendant)              (address if first defendant)
and is employed as NDOC- Director_____. This defendant is sued in his/her
          (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: employeed by NDOC_____

2-B

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

13  2) Defendant J. Murphy _____ resides at _____,
        (full name of first defendant)        (address if first defendant)
and is employed as R N - III - Direction Of Nursing . This defendant is sued in his/her
        (defendant's position and title, if any)
_V_ individual _V_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: employeed by NDOC _____

14  3) Defendant J. Torress _____ resides at _____,
        (full name of first defendant)        (address if first defendant)
and is employed as HDSP- N/NrSe _____ . This defendant is sued in his/her
        (defendant's position and title, if any)
_V_ individual _V_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: employeed by NDOC _____

15  4) Defendant J. FAliszek _____ resides at _____,
        (full name of first defendant)        (address if first defendant)
and is employed as CAsewrker @ HDSP _____ . This defendant is sued in his/her
        (defendant's position and title, if any)
_V_ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: employeed by NDOC. _____

16  5) Defendant Julio Caldrin _____ resides at _____,
        (full name of first defendant)        (address if first defendant)
and is employed as Chaplin - HDSP _____ . This defendant is sued in his/her
        (defendant's position and title, if any)
_V_ individual _V_ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: employeed by NDOC _____

2 — G

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

17 ●) Defendant _L. Stewart_____ resides at _____,
           (full name of first defendant)         (address if first defendant)
and is employed as _CASeworker_____ . This defendant is sued in his/her
          (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _employeed by NDOC_____

18 ●) Defendant _Lt. Owens_____ resides at _____,
           (full name of first defendant)         (address if first defendant)
and is employed as _Lieutenant_____ . This defendant is sued in his/her
          (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _employeed by NDOC_____

19 ●) Defendant _Lt. Plamlee_____ resides at _____,
           (full name of first defendant)         (address if first defendant)
and is employed as _Lieutenant_____ . This defendant is sued in his/her
          (defendant's position and title, if any)
✓ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _employeed by HDSP_____

20 ●) Defendant _M. Cerius_____ resides at _____,
           (full name of first defendant)         (address if first defendant)
and is employed as _CASeworker_____ . This defendant is sued in his/her
          (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _employeed by NDOC_____

2 - D

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

21 ● Defendant _Malone_____ resides at _____,
      (full name of first defendant)         (address if first defendant)
and is employed as _Caseworke_____. This defendant is sued in his/her
      (defendant's position and title, if any)
_✓_individual _✓_official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _employeed by NDOC_____

22 ● Defendant _Quentin Byrne_____ resides at _____,
      (full name of first defendant)         (address if first defendant)
and is employed as _NDOC-Deputy Director_. This defendant is sued in his/her
      (defendant's position and title, if any)
_✓_individual _✓_official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _employeed by NDOC_____

23 ● Defendant _Perry Russell_____ resides at _____,
      (full name of first defendant)         (address if first defendant)
and is employed as _HDSP-Associate Warden_. This defendant is sued in his/her
      (defendant's position and title, if any)
_✓_individual _✓_official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _employeed by NDOC_____

24 ● Defendant _Romeo AraNas_____ resides at _____,
      (full name of first defendant)         (address if first defendant)
and is employed as _NDOC-Medical Director_. This defendant is sued in his/her
      (defendant's position and title, if any)
_✓_individual _✓_official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _employeed by NDOC_____

2 - e

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

25 ~~26~~ 2) Defendant _S·L·Foster_ resides at _____,

(full name of first defendant)        (address if first defendant)

and is employed as _Case worker_ . This defendant is sued in his/her

(defendant's position and title, if any)

_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _employeed by NDoC_

26   3) Defendant _Sgt. Ontiveras_ resides at _____,

(full name of first defendant)        (address if first defendant)

and is employed as _Seargent_ . This defendant is sued in his/her

(defendant's position and title, if any)

_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _employeed by NDoC_

27   4) Defendant _W·Glass_ resides at _____,

(full name of first defendant)        (address if first defendant)

and is employed as _Caseworker_ . This defendant is sued in his/her

(defendant's position and title, if any)

_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _employeed by NDOC._

5) Defendant _____ resides at _____,

(full name of first defendant)        (address if first defendant)

and is employed as _____ . This defendant is sued in his/her

(defendant's position and title, if any)

___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

6) Defendant _____ resides at _____,
       (full name of first defendant)           (address if first defendant)
and is employed as _____. This defendant is sued in his/her
          (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

28USC Section 1367; NRS 41.031, 41032, 410322

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

Plaintiff, is incarcerated at High Desert State Prison ("HDSP"), and has been since 12-13-12. This Action Addresses various constitutional and state Law torts, Committed by Prison officials, including constitutionally deficient medical, Dental and optometry care, constitutionally deficient outdoor exercise Access; violations of RLuiPA, the 1st Amend. Free exercise, 14th Amend equal protection violations involving inadequate Access to sanitation; violations involving IIED, Negligence and gross Negligence.

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: Deliberate indifference to a Serious medical need; optometry care, A Violation of the 8th Amendment U.S. Constitution.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: Brian Williams; Dwight Neven, James Dzurenda, J. Murphy; L-Steewart; ABuen Camina; Rome Aranas, On or about 1 May 2015, 1 July 2015 Plaintiff Filed regular and medical request Forms For medically necessary eye glasses. Plaintiff recieved No responses on 6-16-16 Plaintiff submitted A regular inmate Request Form to J. Murphy, one of the Supervisory Nurses, Plaintiff requested replacement of prescription eye glasses, the response stated "Your script is over 2 years old, you will Need to see the eye doctor For Another exam We CANNOT" re-order glasses For scripts older than 2 years. You are put on the eye-clinic Wait List No need to Kite, Thank Md" when plaintiff recieved this response he also recieved a copy of his medical Kite date 7-1-15 with the same response. This Policy of Not providing at Least temporary replacements of old scripts is it self Deliberately indifferent, and th policy is made by Defendants Dzurenda, williams and Aranas in there official Capacities and are proper Defendants Because The 9th eir

4

Count 1 Continued

1  has held them to be properly named. (see Plaintiff'
2  Legal Brief in support of "SAC" section 1 suits Against
3  supervisory staff for injunctive relief). Plaintiff needs
4  eye glasses for poor vision. Plaintiffs eye condition is
5  Right eye — 1.00 SPH; 1.25 CYL; — Left eye
6  —1.75 SPH; — 100 CYL, which is extremely poor vision.
7  Plaintiff was not seen until 04 March 2017, about 670 days
8  from the initial request. During this period Plaintiff suffered
9  headaches, Blurry vision and had his nose Broke. By A
10  Soccer ball because Plaintiff did not see the soccer ball
11  until it was to Late to deffl deflect. Plaintiff would have
12  been able to deflect the soccer ball had he had eye glasses.
13  A outside vendor provides, by contract optometry care, to
14  Offenders at HDSP. Dr. Leaks the optometrist, comes 1 times
15  day per month for 4-5 hours for Approximately 4,000
16  Offenders.
17  On 01-03-15 Plaintiff Notified Defendant Stewart (A
18  (CN III) certified Nurse Level 3) in writing of his need for
19  optometry care (through the Administrative Remedia) Process), stating
20  in part "The unnecessary Administering optometry care is causing me
21  great difficulty". Defendant Stewart stated in All caps "we only have
22  one Provider for vision services. we have A very Long List of
23  inmates who are waiting to see this provider. You are on the
24  List and will be seen in order. Of request Date. grievance
25  denied. Date 1-06-16 Plaintiff Appealed to the First Level,
26  stating optometry care is a right and if Necessary the Prison
27  ought to hire Additional staff. At the First Level response

Page 4-A

## Count 1 Continued

1  The Director of Nursing at "HDSP" ABuencamino stated

2  "You are scheduled to see the eye doctor as soon as

3  possible, if there is a Life threating issue, you may use

4  the man down procedure". grievance denied. Plaintiff

5  Appealed to the NDOC-medical Director, who stated,

6  "inmates are seen by the optometrist in the order that

7  requests for exams are recieved. The optometrist is Not

8  an employee of the state, and he is generally at the ~~sta~~

9  Facility Approximately one day per month, this limits the

10  Number of inmates who CAN be seen and how often.

11  On 07-25-16 Plaintiff Again filed a grievance because Plaintiff

12  Suffered A broken nose due to not being able to see,

13  Defendant Stewart stated grievance "upheld", You are scheduled

14  to see the eye specialist, Any Life threatening medical

15  issues use the mandown process". Plaintiff Appealed

16  to the First Level where ABuencamino stated in part

17  "You are scheduled to see the eye doctor As soon As

18  possible", grievance denied. Plaintiff Appealed to the

19  second Level and the NDOC-medical Director Romeo

20  AraNAS stated "Appointments with the optometrist are

21  Scheduled in the order that they are recieved. Only A

22  Limited Number of inmates CAN be seen each month.

23  Defendants Stewart, ABuencamino, AraNAS were aware of

24  Plaintiff Need for eye glasses, the unconstitutional delay

25  of optometry care and Failed to remedy the constitutional

26  Violation. Defendants AraNAS, DZurenda, NeveN were

27  Primary Policy Makers and responsible For recruiting

28  Page 4-B

Count 1 Continued

1 and retaining sufficient optometry staff, and were
2 deliberately indifferent to Plaintiff's optometry care
3 need by failing to create customs policies, and
4 failing to hire sufficient numbers of staff, see
5 Plaintiff Legal Brief in support of "SAC" section
6 I suits Against Supervisory Staff. For injunctive Relief ".
7 1 Doctor 1 day per month for 4 hours for 9,000
8 offenders is plainly and obviously not sufficient.

**COUNT II**

The following civil rights has been violated: <u>Negligence, gross Negligence, and</u> <u>intentional infliction of emotional Distress, counter part to count</u> <u>1, state Law Tort NRS 41.031</u>

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: Brian williams, Dwight Neven, James DZurenda, J. Murphy; L. Stewart, ABuen camiNo; Romeo ArcANAS, on or about 1 may 2015, 1 July 2015, 06-16-16 Plaintiff submitted medical/optometry care requests, Plaintiff has A ~~xxx~~ objectively serious medical Need, requiring eye glasses. Plaintiff ~~xxxx~~ was Not seen by an optometrist until 04 march 2017, 670 days After request. Plaintiff Notified L. Stewart, ABuen cumiNo and ArcaNAS in writing, who each responded That there was only one eye doctor For one day per month For the entire Facility, Acting in they're Administrative capacities as grievance responders, each had A duty of care to Act reasonably each Failed (by Not expediting) — The Failure of this duty Caused Plaintiffs damages, (About 600 days of blurry vision, headAches, watery eyes, and ultimately A broken Nose becAuse Plaintiff could Not see well enough to deflect A soccer ball). Defendants williams DZurenda, Neven, ArcaNAS, were Negligent in creating policies, (As each is A senior Administrator) to ensure the timely Adequate
(

Count 2 Continued

1  Delivery of medical/optometry care, were each
2  Negligent in recruiting and retaining sufficient
3  Number of optometry STAFF; And These senior
4  Administrative Administrators were Negligent in training
5  and Supervising subordinates. The Foregoing also
6  Caused Plaintiff's or was the CAUSA ProXimA
7  of Plaintiffs Blurry Vision, watery eyes, headaches
8  For 600 days, and Broken Nose which caused
9  Plaintiff substantial emotional/Physiological
10  distress, which thereby constitute Intentional
11  (or Reckless) infliction of emotional Distress.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 5-A

## COUNT III

The following civil rights has been violated: <u>Deliberate indifference to A serious</u>
<u>medical need, A violation of the 8th Amendment to the</u>
<u>U.S. constitution.</u>

Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: Romeo AraNAS; Dwight Neven; James
Dzurenda; Brian Williams; M. cervas; J. Torress.
On 8 April 2016 Plaintiff was doing Laps in the 7/8 Quard
when a soccer ball went Astray and Broke Plaintiff's nose.
Plaintiff sustained A Deviated Septum, (Broken nose), 2
Black eyes, 2 Lacerations on the right side of his face
where the Bone from the NASAL cavity protruded, and
partial (Right side of Face) Neurological paralysis, which
Persists to this day. Plaintiff submitted a medical request
in person to Nurse J. Torress on 4-09-16, and showed
Torress Plaintiffs obvious Broken Nose, To which she
deliberately indifferently stated drink some water you'll
be ok in the morning. It doesent appear that turress processed
Plaintiff' medical request As the prison has No record of it
(but Plaintiff has carbon copies). Plaintiff submitted Additional
requests for medical care on 4-18-16, 5-12-16, No response
or care. On 4-11-16 Plaintiff was forced to straighten
his Nose (Fixate septum) in the cell. On 06-16-16 Plaintiff

------------------------------------

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)      Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?   ✓   Yes  ____ No. If your answer is "Yes", describe each
lawsuit. (If more than one, describe the others on an additional page following the below

Count 3 Continued

1  Submitted A grievance with the carbon copies of his
2  medical Kites, stating I needed to see. A medical provider
3  For my Broken Nose, Defendant M. Cervas stated
4  grievance "Denied" No record of Broken Nose. Plaintiff
5  was interviewed by A medical provider on 11-29-16, prescribed
6  Ibuprofen, ordered X-Rays. The Dr. stated the state
7  would not pay for evaluation or treatment of the
8  Neurological paralysis. Plaintiff was NOT examined
9  or evaluated, only interviewed. Finally on 9-15-17
10 Plaintiff was actually examined and evaluated by Dr.
11 Brian. Dr Brian examined plaintiff's Nasal cavity and
12 discovered substantial inflamation; prescribed Ibuprofen,
13 Nasal spray, and stated I Probably should go to
14 a Nose, ear, throat specialist for evaluation. On
15 11-20-17 Plaintiff was seen by a different Dr. who
16 stated That I wasn't going to the specialist. refilled
17 Plaintiff prescription. J. Torres was deliberately indifferent
18 For Not scheduling Plaintiff for medical care expeditiously,
19 and Making indifferent statements Defendant M. Cervas
20 was deliberately indifferent, Because Plaintiff made Cervas
21 Aware of the Broken Nose and pain in writing, and
22 instead of providing adequate timely care, Failed to remedy
23 the constitutional violation, denied grievance, which is A
24 Denial to Access to care.    Finally Defendants
25 Arcanas, Neven, williams an Dzurenda are senior
26 Administrative Staff (sued in this count ONLy AS
27 Official Capacity Defendants, see Plaintiff's
28

Page 6-A

Count 3 Continued

1  Legal Brief in support of "SAC" section 1
2  Suits against supervisory Staff For injunctive relief")
3  Because The "MDS" at HDSP is so deficient, As
4  the system and policies in place, of Processing
5  medical requests, and scheduling medical Appointments is
6  so deficient, and creates undue delay, that
7  the system and policies are deliberately indifferent.
8  having to wait 7 months for A medical interview and 15 months
9  ( 4-18-16 to 9-18-17 ) For an Actual medical examination
10 and evaluations is representive of the deficiencies.
11 The Administrative Staff were deliberately indifferent
12 in creating policies and recruiting and retaining
13 medical Staff, preventing the Administration and
14 Continuity of medical care. According to Dr. Brian
15 ON 09-18-17, He was only Allowed to work at
16 the Prison 4 ours per day 4 days per week, and
17 the only provider for 4,000 inmates.
18
19
20
21
22
23
24
25
26
27
28                    Page 6-B

**COUNT 4**

The following civil rights has been violated: Negligence and/or gross Negligence Counterpart to Count 3, state LAW Tort, NRS 41.031 Administrative (Not medical) Negligence.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: Rome AranAs; Dwight Neven; James DzurendA; Brian williams; M. CervAs.

On April 8 2016 Plaintiff Sustained A Broken Nose. Due to the deficient "MDS" at "HDSP" Plaintiff was Forced to Fixate his own Nose, and did not recieved an Actual medical examination until 9-18-17 (Although he was intereiewed by A doctor on 11-29-16. Plaintiff Notified medical staff in person and in writing on 4-9-17, 4-18-16, 5-12-16. On 6-16-16 Plaintiff Notified A grievance cordinator M. CervAs of Plaintiffs injuries, with carbon copies of medical requests Attached, and Defendant CervAs in an Administrative capacity refused to schedule Plaintiff for medical care, M. CervAs was Negligent/grossly Negligent, As denying the grievance was Denying Access to medical care, M. CervAs had A duty (to Administratively upheld plaintiff's grievance) Failed in said duty - causing Plaintiff Further DAmage Defendants AranAS, Neven, DzurendA, williams, are senior Administrative Policy MAKers/supervisors within the NDoc.

•6~c

Count 4 Continued

1. Each of these Defendants are responsible for creating
2. Policies, recruiting, retaining and supervising Staff,
3. and ensuring the timely and Adequate delivery of
4. medical care at HDSP. These Defendants have
5. been Negligent/grossly Negligent in creating Policies,
6. recruiting, retaining and supervising Staff, sufficiently.
7. This Failure Not episodic, But Systemic. These
8. Defendants are fully cognizant of these deficiencies,
9. As The USDC - D. Nev. court Pockets are
10. Full of Lawsuits Against these Defendants
11. For the same torts. The Failure of theyre
12. Administrative duties are the direct and
13. Proximat cause of plaintiffs Damages.

## COUNT# 5

The following civil rights has been violated: Deliberate indifference, Failure
to provide Adequate outdoor exercise, A violation of the 8th
Amendment to the U.S. Constitution.

Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: H. Wickham, Brian Williams, Quentin Byrne,
W. Glass, Perry Russell, James Dzurenda. Between 11-5-16
1-03-18 Plaintiff was housed in "PSU" From 11-5-16 to
08-24-17 in unit 11-A3 and 8-24-17 to 1-3-18 in 11-e-27,
424 days. During this period of time unit 11. has experienced
excessive Lockdowns, in fact, more Lockdowns From
January 2017 to January 2018 than the last 5 years
Combined. The prison has established a schedule of 4 hours
of outdoor exercise per week. The days for yard have
changed (ie when plaintiff was in 11-A-3 yard was monday,
Tuesday, wednesday, Thursday, and now that plaintiff
is in 11-e-27, yard days are monday, wednesday,
Thursday and Friday, one hour per day X 4 days per
week). This 4 hours per week is insufficient to meet
constitutional minimum of 8 hours per week (Toussaint-v-
McCarthy 597 F.Supp. 1388, 1402 [N.D. Cal. 1984] AFF'd in
part; Rev'd in part on other grounds 801 F.2d 1080 9th cir. 1986),
and also violates The geneva convention on the prevention of
Crime. and treatment of offenders, held 1955, Approved 1957

#6-e

Caunt 5 continued

1  revised, reapproved May 22 2015, which requires
2  one hour of exercise, in open air per day. Between
3  1-3-17 to 1-3-18 there were 208 eligible
4  scheduled yard days, out of the 208 scheduled
5  yard days yard was either cancelled completely
6  or unreasonably delayed over 70 times.
7  On May 2 & 4 yard was cancelled completely so staff
8  and c/o's could party at the prison gym. (on
9  2-7-17 Plaintiff only recieved 39 of the 60 minutes
10 scheduled.) Please see PAGE 6^{G-1-23} for A Full List
11 of Delays or cancellations of yard From 1-3-17
12 to 1-3-18. It is important to note these delays were
13 Not irregular episodic instances, But the regular
14 occurrence. This prolonged denial of out door exercise yard
15 Presents an Atypical hardship on Plaintiff. Level 2 (which
16 is the same Level As Plaintiff) offenders in general population
17 at HDSP (same Prison as Plaintiff) recieve 90 to 120
18 minutes of yard per day every day. At 6 of the 8
19 Prisons Administered By NDOC. (with the same or
20 similar Custed Level as Plaintiff Level 2) offenders
21 recieve up to 10 hours of yard per day or 50-70 hours
22 per week. Plaintiff is clinically Diagnosed With 1) Clinical
23 depressions 2) clinical Anxiety, and is on the maximum
24 Psychotropic medication for each. The Lack of regular outdoor
25 yard (especially the Fri, Sat, Sunday - 72 hours of no yard)
26 has substantially exacerbated Plaintiffs Physiological
27 (PANic Attacks, extreme chest PAIN, hyper-tension.

28          Page 6 - F

counts continued

1  and muscle Atrophy), symptoms, and Psychological
2  Symptoms (depression, Anxiety, Anger, sadness and
3  regular suicidal ideation), for no penological purpose.
4  The irregularity of outdoor yard also prevents plaintiff
5  from establishing a regular workout routine, As
6  notification of delay or cancellation does not exist, we
7  wait to be released in hope. The schedule for 4 hours
8  per week was created by warden [Defendant] Brian Williams.
9  Plaintiff filed multiple grievances putting the following
10 Defendants on notice of the Constitutional Violations,
11 each failed to Remedy the Constitutional Violation:
12 H. Wickham, Brian williams; Quentin BYRNE, W. Glass, Perry Russell.
13 Defendant wickham stated in part "Safety & security needs are
14 always a priority" --- yards are recieveing 4 hours
15 of yard per week; Quentin BYRNE stated "4 hours of
16 Yard time per week", grievence denied." Brian Williams
17 stated "unit 11 is scheduled for 5 hours of yard time per
18 week, This falls withing (sic) the state and Federal
19 guidlines". And W. Glass responded stated yard -- Fall
20 within state and Federal guidlines. I cannot find where
21 your rights have been violated. each of the Above
22 had the opportunity ~~no to~~ to remedy the constitutional
23 Violations Plaintiff even provide The following
24 in each grievance ① Problem ② relevant Federal
25 Case Law ③ The term excessive Lockdown caused,
26 ④ Remedy. Finally Plaintiff submitted A grievance for
27 every instance of delayed yard and each time
28

# YARD DATA

1. 1-3-17   1341hrs to   1415hrs   29 minutes of yard   ①
2. 1-5-17   No Yard   ○   ②
3. 1-10-17   1342hrs to   1415hrs   28 minutes of YARD   ③
4. 1-12-17   1243hrs to   1300hrs   17 minutes of yard   ④
5. 1-17-17   1325hrs to   1415hrs   50 minutes of yard   ⑤
6. 1-19-17   1222hrs to   1300hrs   38 minutes of yard   ⑥
7. 1-28-17   1222hrs to   1300hrs   38 minutes of YARD   ⑦
8. 1-31-17   No yard   ○   ⑧
9. 2-7-17   1336hrs to   1415hrs   39 minutes of YARD   ⑨
10. 2-23-17   No yard   ○   ⑩
11. 3-9-17   1226hrs to   1300hrs   34 minutes of yard   ⑪
12. 3-14-17   No YARD   ○   ⑫
13. 3-16-17   12:14hrs   to 1300hrs   46 minutes of yard   ⑬
14. 3-18-17   0855hrs to   0930hrs   35 minutes of yard   ⑭
15. 4-6-17   No yard   ○   ⑮
16. 4-8-17   No yard   ○   ⑯
17. 4-20-17   1337hrs to   1415hrs   38 minutes of yard   ⑰
18. 4-24-17   1227hrs to   ⑱
19. 4-25-17   No yard   ○   ⑲
20. 5-1-17   1220hrs to   1300hrs   40 minutes of yard   ⑳
21. 5-2-17   No yard - Staff BBQ @ gym   ○   ㉑
22. 5-4-17   No yard - Staff BBQ @ gym   ○   ㉒
23. 6-29-17   1230hrs to   1300hrs   30 minutes of yard   ㉓
24. 7-27-17   No yard   ○   ㉔
25. 8-2-17   No yard   ○   ㉕
26. 8-7-17   1215hrs to   1300hrs   45 minutes of yard   ㉖
27. 8-9-17   0900hrs to   0945hrs   45 minutes of yard   ㉗

1. 8-14-17   1213hrs   to   1300hrs   47 minutes of yard   (28)
2. 9-21-17   1230hrs   to   1300hrs   30 minutes of yard   (29)
3. 8-22-17   No yard                    O   (30)
4. 8-23-17   No yard                    O   (31)
5. 8-24-17 (11-e-27)   No yard          O   (32)
6. 8-25-17   No yard                    O   (33)
7. 8-31-17   No yard                    O   (34)
8. 9-1-17   No yard                     O   (35)
9. 9-7-17   1222hrs   to   1300hrs   38 minutes of yard   (36)
10. 9-8-17   No yard                    O   (37)
11. 9-11-17   No yard                   O   (38)
12. 9-13-17   0805hrs   to   0830hrs   25 minutes of yard   (39)
13. 9-14-17   1226hrs   to   1300hrs   34 minutes of yard   (40)
14. 9-20-17   0737hrs   to   0820hrs   43 minutes of yard   (41)
15. 9-21-17   1210hrs   to   1300hrs   50 minutes of yard   (42)
16. 10-4-17   No yard                   O   (43)
17. 10-11-17   0739hrs   to 0825   46 minutes of yard   (44)
18. 10-12-17   No yard                  O   (45)
19. 10-16-17   1323hrs   to   1410hrs   47 minutes of yard   (46)
20. 10-20-17   No yard                  O   (47)
21. 10-23-17   ✗ 1330hrs to 1415hrs   45 minutes of yard   (48)
22. 10-26-17   1220hrs   to   1300hrs   40 minutes of yard   (49)
23. 11-1-17   No yard to               O   (50)
24. 11-2-17   No yard to               O   (51)
25. 11-6-17   1326hrs   to   1415hrs   49 minutes of yard   (52)
26. 11-8-17   0810hrs   to   0830hrs   20 minutes of yard   (53)
27. 11-9-17   1240hrs   to   1300hrs   20 minutes of yard   (54)
28.

1. 11-13-17   1325hrs   to 1415hrs   50 minutes   (53)
2. 11-16 -17   No yard   to   0   (50)
3. 11-17 -17   No yard   to   0   (57)
4. 11-22 -17   0750hrs to 0830hrs   40 minutes of yard   (58)
5. 11-23 -17   No yard   to   0   (59)
6. 11-24 -17   10-12hrs to 1100hrs   46 minutes   (60)
7. 11-27-17   1325hrs to 1410hrs   45 minutes of yard   (61)
8. 11-29 -17   0744 hrs to 0830   46 minutes of yard   (62)
9. 11-30-17   1225hrs to 1300hrs   35 minutes of yard   (63)
10. 12-1-17   No yard   to   0   (64)
11. 12-6-17   0750hrs to 0830 hrs   40 minutes of yard   (65)
12. 12-7-17   1252hrs to 1300hrs   8 minutes of yard   (66)
13. 12-11-17   1345hrs to 1415hrs   30 minutes of yard   (67)
14. 12-13-17   0747hrs to 0830hrs 43 minutes of yard   (68)
15. 12-14-17   1210hrs to 1300hrs 50 minutes of yard   (69)
16. 12-15-17   1012 hrs to 1100hrs 48 minutes of yard   (70)
17. 12-16-17   1326hrs to 1405hrs   39 minutes of yard   (71)
18. 12-20-17   No yard to   0   (72)
19. 12-21-17   No yard   0   (73)
20. 12-22-17   No yard   0   (74)
21. 12-25-17 1332 hrs to 1415hrs   43 minutes of yard   (75)
22. 12-27-17   0753 hrs to 0825hrs   32 minutes of yard   (76)
23. 12-28-17 1230hrs to 1235hrs 5 minutes of yard   (77)
24. 1-1-18 1334hrs to 1415 hrs 41 minutes of yard   78
25.
26.
27.
28.                     Page 26-G-3

1  Lockdown DAt At HDSP.
2  The Lockdown DATA Below represents Periods
3  oF "Modified Lockdown at HDSP, which is Just a
4  Label to identify the cancellation of tier, LAW
5  Library, yard, and being Forced to Stay in cell.
6  Notably, Since Brian williams has become the
7  Warden at HDSP (around January 1 2017), The
8  Prison has experienced unpresented Periods of
9  Lockdown, more Lockdowns in the pAst 12 months
10  than the Previous 10 Years Combined. These
11  Lockdowns are the normal course of Buisiness for
12  Mr. williams, Allegedly due to StAff Short FAlls, However
13  All the C/o's StAte they are willing to work, but
14  are Just not scheduled to.
15  _____
16  _____
17       Lockdown DAtes
18  ① 1-1-17          ⑪ 5-14  5-2-17
19  ② 3-19-17        ⑫        5-4-17
20  ③ 3-30-17        ⑬        5-14-17
21  ④ 4-6-17         ⑭        7-6-17
22  ⑤ 4-8-17         ⑮        7-7-17
23  ⑥ 4-9-17         ⑯        7-12-17
24  ⑦ 4-14-17        ⑰        7-27-17
25  ⑧ 4-21-17        ⑱        8-2-17
26  ⑨ 4-28-17        ⑲        8-22-17
27  ⑩ 4-30-17        ⑳        8-23-17
28              Page 6-G-4

Lockdown DATA continued

1. 
2. (21) 8-24-17          (47) 12-20-17
3. (22) 8-25-17          (48) 12-21-17
4. (23) 8-26-17          (49) 12-22-17
5. (24) 8-27-17          (50) 12-24-17
6. (25) 8-31-17          (51) 12-26-17
7. (26) 9-1-17           (52) 12-28-17
8. (27) 9-8-17           (53) 12-29-17
9. (28) 9-9-17
10. (29) 9-10-17
11. (30) 9-15-17
12. (31) 10-12-17
13. (32) 10-20-17
14. (33) 10-22-17
15. (34) 10-28-17
16. (35) 11-1-17
17. (36) 11-2-17
18. (37) 11-4-17
19. (38) 11-5-17
20. (39) 11-16-17
21. (40) 11-17-17
22. (41) 11-19-17
23. (42) 12-8-17
24. (43) 12-13-17
25. (44) 12-16-17
26. (45) 12-17-17
27. (46) 12-18-17
28. 

**Page** 6-G-5

Count 5 Continued

1  Defendant Perry Russell rejected the Filing
2  As being A Duplicate grievance even though each
3  instance was a different date, by Rejecting
4  the filing Perry Russell prevented Plaintiff from
5  possibly recieving yard. Defendant JAMES DZURENDA
6  is The Chief policy maker and is Being sued in this
7  Count only as an official capacity Defendant
8  For Failing to create, implement Policy that ensures
9  Adequate Access to yard. The Policies in place are violative
10  of the 8th Amend. (see Plaintiffs Legal Brief
11  in support of "SAC" section 1 suits against
12  Supervisory STAff For injunctive relief").

Page 6-9 H

## COUNT # 6

The following civil rights has been violated: _Negligence and/or gross Negligence Counterpart to count 5; state LAW tort NRS 41.031_

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendents: H. Wickham; Brian Williams; Quentin Byrne; W. Glass; perry Russell, James Dzurenda.
Each of the above defendants owed A Duty of care to plaintiff, failed in said duty and the failure was the direct or proximate causes of plaintiff's injuries/damages. The senior Administrative officials, Wickham, Williams, Byrne Russell, Dzurenda were Negligent in training and supervising subordinate staff, were Negligent in creating policies to ensure Timely and Adequate Access to outdoor exercise yard. W. Glass was Negligent in curing the tort, by denying plaintiff relief through the grievance process. The Negligent/Grossly Negligent creation of policies and training and supervison denied plaintiff (the Federal minimum) Access to yard in an unreasonable manner. Between 1-3-17 to 1-3-18 plaintiff was scheduled for 4 hours of yard per week, during this period of time yard was cancelled (For staff party/BBQ at the prison gym) or unreasonably delayed more than 70 times. Plaintiff has suffered substantial physiological/psychological harm, As plaintiff is clinical diagnosed and medicated for (1) etral clinical Anxiety (2) clinical depression

• 6-I

**COUNT** 7

The following civil rights has been violated: Intention infliction of emotional distress; counterpart to count 5,6 — State Law Tort; NRS 41.031

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: H Wickham; Brian Williams; Quentin Byrne; W. Glass; Perry Russell; James Dzurenda 1-3-17 to 1-3-18. Plaintiff was subjected to prolonged, unnecessary in cell Lockdown. Plaintiff was schedule for exercise yard 4 days per week, 208 days total, of which more than 70+ were cancelled or unreasonably delayed. There were more Lockdowns in this one year period than the previous five years combined. Brian Williams, created a yard policy that restricts yard Access to 4 hours per week, in violation of Federal and international minimum standards. Defendants Wickham, Williams, Byrne, Glass, and Russell were notified, in writing by Plaintiff of the insufficient yard time, unreasonable delays and cancellations, and having administrative Authority to cure the problems refused to fix the problem. The failure of these defendants to intervene constitutes a dereliction of there Duty and is the tort of intentional infliction of emotional distress. The failure of the defendants, to provide humane conditions has substantially exacerbated Plaintiff's mental health Conditions. ① clinical Anxiety ② clinical depression

6-J

Count 7 Continued

1  (For which Plaintiff is on the maximum dosage of
2  Psychotropic medication permissable for each). Causing Plaintiff
3  substantial physiological Harm (panic Attacks, Chest pain,
4  hypertension, muscle Atrophy), Psychological harm (Depression,
5  Anxiety, Anger, suicidal idention) and A hostile living
6  Enviroment because: Most all other offenders are
7  Experiencing the same harm. Out of a 168 hour week,
8  Plaintiff is locked in cell for 148 hours with another
9  offender, on a good week. This Violates Contemporary
10  Standards of decency that Mark the Progress of A mature
11  Society and ought to shock the Conscience of an
12  ordinary person.

## COUNT 8

The following civil rights has been violated: Violation of the Due Process
Clause of the 14th Amendment to the U.S Constitution.

Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

Defendants; Lt. owens, Perry Russell, James Dzurenda, Brian williams.
From January 3-2017 to January 3-2018 HDSP-Operating
Procedure 717 was in effect and governed plaintiff
in "PSU". and Plaintiff Access to yard. This "OP" gave
Rise, to A Liberty interest. (See "Plaintiff' Legal
Brief in support of "SAC" section #3 "State created
statutes & Policies that give Rise to A Liberty interest, requiring
Procedural/substantive due Process") This Policy provided that
Plaintiff was to recieve 4 hours of yard per week. However, as reflected
by "YARD DATA" pages 6-G- 1,2,3 Plaintiff was Denied These 4
hours per week, over 70 times, and was not Afforded due Process.
In Fact when plaintiff sought Procedural Administrative remedies, Defendant
Russell rejected the Filings, stating it was an Abuse of grievance process,
to File a grievance each time Plaintiff was deprived of yards The
Delays and cancellations were done by Defendants owens, Perry, williams.
Defendant Dzurenda Failed to create Polizies to Afford due Process and
is Named only in official capacity For this count. (See Plaintiff'
Legal Brief in support of SAC §1 Suits Against Supervisory Staff
For injunctive relief") Plaintiff has suffered Physiologically/psychologically.

6-L

## COUNT 9

The following civil rights has been violated: Deliberate indifference, conditions of confinement, Failure to Provide Adequate Sanitation; A violation of the 8th Amendment U.S. Constitution

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: James Dzurenda; J. Faliszek; Dwight Neven; H. Wickham. Around July 2015 Plaintiff left main line yard and entered "PSU", and has remained in "PSU" to present date 1-3-18. During this entire period of time the HDSP outdoor yard has not had A Restroom. Even though other NDOC-Facilities have toilets on the yard. The prison is located in arid region, requiring Plaintiff (and other offenders) to hydrate. During the scheduled yard time, when Plaintiff and other offenders have had to use the Bathroom, the C/O's who control outdoor/indoor movement have mostly refused to Allow Plaintiff to go in to use the Bathroom causing Plaintiff to soil himself (Dates will be provided), and caused Plaintiff and other offenders to urinate/defecate on the yard, Causing unsanitary conditions as well as embarrassment/humiliation. On the rare occassions where the C/O controlling indoor/outdoor movement Answered the Call button (which is Very Rare) and Allowed Plaintiff in to use the Bathroom, The C/O would not Allow Plaintiff BACK out to yard, thereby ending yard time. In Some cases plaintiff was Forced to go without A Bathroom for up to 2 hours or more.

06~M

1. Plaintiff had About 4-5 verbal discussion with (caseworker)
2. Defendant Faliszek. Faliszek being the unit supervisory, overseeing
3. the officers who would not Let Plaintiff in for restroom use, could
4. have ordered these officers to Allow for bathroom use. Faliszek'
5. exact words word "I dont know what to tell you" After
6. About 2-3 months, 4-5 conversations with Faliszek, He
7. gave plaintiff an informal grievance. In the informal grievance
8. (which Faliszek Answered + denied) Plaintiff stated in
9. part "I am filing this grievance because the yard doesent
10. have a bathroom - - - . The c/o's wont Let us in
11. & out for bathroom breaks - - . even if we are permitted
12. a bucket that would be better than nothing". Defendant
13. Faliszek stated "Grievance denied" "Your are not being
14. denied recreation time on yard. If you need to use
15. restroom Facilities while on a recreation time on the
16. yard, you are allowed back in the unit, But you will not
17. be allowed back out. Your proposed remedy of; ? a bucket
18. is Better than nothing? is not sanitary or reasonable". Faliszek
19. took No Action and the Lack of Access persisted. Plaintiff
20. Formally Appealed to the warden Dwight Neven. Neven
21. stated "The caseworker addressed this issue appropriately.
22. Neven took No Action in spite of the Lack of sanitation.
23. So Plaintiff Appealed to the Director who took
24. 18 months to respond. Defendant Wickham reviewed my
25. Complaint and stated "I have reviewed your 2nd Level
26. grievance and Agree with the warden of HDSP. Grievance Denied.
27. Wickham refused to remedy the obvious Lack of Adequate
28.

Page 6-N

1   Sanitation at HDSP. This Problem persists Plaintiff is
2   Forced to hold his bowel movements and other Functions which
3   is not healthy and will eventually caus medical problems,
4   or go in the open on the yard. JAmes Dzurenda is
5   being Sued in his official capacity For this Count,
6   Because he has Failed to create policies that ensure
7   Adequate and timely Access to restroom Facilities
8   during yard. (See Plaintiff Legal Brief in support of
9   "SAC", Suits Against supervisory staff For injunctive relief").
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28              Page 6-0

## COUNT: 10

The following civil rights has been violated: _Negligence - Counter Part_
_to Count 9 - State Law Tort NRS 41.031._

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: James Dzurenda; J. Faliszek; Dwight Neven; H Wickham.
Between July 2015 to 1-3-18 The Above Defendants Failed to Allow Plaintiff Access to restroom Facilities during recreation yard time, up to 2 or more hours @ a time, causing Plaintiff to Soil himself, or go in plain view of other offenders, causing unsanitary yard conditions. Plaintiff made Defendants Faliszek, Neven and Wickham aware of plaintiff need, in writing, each Failed to respond reasonably. Defendant Dzurenda Failed to create policies to ensure Adequate Access to restroom Facilities, and Failed As the most senior supervisor of NDOC to Train and Supervise Faliszek, Neven and Wickham in the scope of theyro employement, as was his duty, Said Failure contributed to plaintiff's injuries/damages.

#6-P

## COUNT II

The following civil rights has been violated: Deliberate indifference, conditions of confinement; Failure to provide Adequate sanitation A violation of the 8ᵗʰ Amendment. u.s. constitution.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: James Dzurenda; Dwight Neven; Malone Calderwood, S.L Foster. From 7-24-15 to 11-5-16 plaintiff was housed in unit 7 @ HDSP which is "psu". During the relevant time referenced defendants installed and maintained technological Devices which restricted the toilets in the cells plaintiff was housed in, with another offender to only Flush once every 15 to 20 minutes. These Devices and the policy of utilizing such Devices caused a toxic living environment. The cell and Dayroom often smelled of RAW sewage, since plaintiff could only Flush the toilet at a delay (and often the toilets would Not completely Flush, leaving residual fecal matter) Plaintiff (and other offenders) were deterred from using the toilet until Plaintiffs cellmate would go out to tier. Other offenders would defecate in the showers, and the officers were aware of this. Plaintiff notified Defendant Faliszek, who stated "oh well thats prison". Plaintiff Also Filed A grievance, who Defendant malone stated "Flushing restriction in place to Preserve water". Plaintiff Appealed to Defendant Calderwood and S.L. Foster Both deferred to

6-Q

Count II Continued

1   Defendant Malone, and Refused to take Action to
2   Remedy the situation. Dwight Neven and James
3   Dzurenda are sued only in official capacity for
4   this Count, Because The Policy of having the
5   restricted Flushing was Created OR maintained
6   by these 2 Policy makers. (See Plaintiff's Legal
7   Brief in support of "SAC", section 1 suits against
8   supervisory Staff for injunctive relief). This caused
9   A toxic Living enviroment.

Page 6-R

## COUNT # 12

The following civil rights has been violated: _Negligence - Counter part to Count 11 - STAte Law tort NRS 41-031_

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendents: James Dzurenda, Dwight Neven, Malone, Calderwood, S.L. Foster. From 7-24-15 to 11-5-16 The Above defendants maintained Technological Devices Restricting the Flushing of in cell tailets, creating unsanitary conditions. The Above defendants had a duty to provide Adequate Access to Bathroom use and Sanitary Conditions, Failed in there duty Causing a toxic Living environment. Dwight Neven, James Dzurenda being Senior Supervisors Failed to Train and Supervise Defendants Malone, Calderwood, S.L. Foster, and Failed to create A policy ensuring Sufficient Sanitation.

6-5

**COUNT** 13

The following civil rights has been violated: Intentional infliction of emotional distress - State Law tort; NRS 41.031; And Negligence

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: Ltb Provencial, Lt. owens; Lt Plumlee; Perry Russell, C/O Vaughn; Sgt ontiveras; on or about September 2016 Lt. provencial stated to plaintiff "Stop Looking at C/O Bason's Ass" (then in a Lower voice he said "Faggot") Dont be offended. calling a gay person A Faggot is Like calling A African American the "N" word. Lt. Provencial made this comment in front a bunch of C/o's and other offenders. plaintiff was NOT Looking at anyones Bottom. This was humilating as plaintiff had to endure derogatory comments & harassment by other offenders as a result of this statement. on may 20 2016 Plaintiffs cellmate was involved in A Fight at the chawhall. Lt. Provencial Look directly at plaintiff and stated "give me an excuse to blow some ones Face off". on 10-26-16 (and the Approx. 2 week Prior and 2 weeks After) C/o Vaugh while working the gun rail was screaming, yelling profanity Laced epithets at plaintiff in route to the chawhall. The Senior Administrative STAFF At HDSP Russell, owens, Provencial ontiveras have promoted A Hostile, toxic Living enviroment So ripe For Abuse that it is a regular common

06-T

1   occurrence For ∅ officers to unlawfully and
2   Sadistically used excessive Force and Beat, without
3   cause, inmates. They recently Shot & Killed an inmate in
4   handcuffs For A kicking Fight.   The Administrative Staff
5   refuse to Address the Verbal, Sexual, psychological and
6   physical Abuse of inmates. Sgt. ontiverus threatened to
7   drag plaintiff to "OPS" and tune him up. The combative and
8   escalative Attitude of the officers (And The Administrations
9   tacit approval and Failure to Punish Abusive conduct) have
10  created A hostile Living enviroment, causing plaintiff, Nightmares,
11  Fear For his personal safety, as it is only A matter of
12  time before someone shoots or beats plaintiff. This
13  has caused plaintiff panic Attacks, and exacerbates
14  his clinically diagnosed Anxiety & depression. Plaintiff
15  has discussed this with 2-3 therapists, who Acknowledge
16  And agree that this is going on. This ultimately causes
17  Plaintiff to Avoid most out of cell Activities. Prior to
18  dismissing this Count, plaintiff requests this court
19  review   Plaintiff's Legal Brief in support of "SAC" section
20  4 humane treatment of offenders.
21  Society generally holds law enforcement to a higher ethical
22  Standard, yet these officers are held to a Lesser standard
23  than Convicted Felons. Supervisory staff are liable For
24  Negligent training Supervision (Supervisory Liability)
25
26
27
28                      Page 6-U

COUNT # 14

The following civil rights has been violated: refusal to Provide religious Diet Accomodation,
A Violation of RLuiPA, 1st Amend u.s.const Free exercise, and
14th Amend u.S. const. equal protection.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendents: Brian williams, Julio Caldrin, James Dzurenda, Faliszek;
As early as 2014 Plaintiff submitte a "State of Nevada [NDoc]
Religious/Spiritual Belief Diet Accomodation request and registration
Form" (Herein after "Doc#3060"). After No response On
2-3-16; 4-5-2016; 4-27-16 Plaintiff personally submitted,
by hand delivery A Doc#3060 Form to defendant
Caldrin. Plaintiff is "registered" As a buddhist with NDoc-HDSP,
and has been since entering NDoc - 2012. Plaintiff is
sincere in his beliefs, Follows the 4 noble truths, the 8 Fold
PAth, and the 10 Buddhist precepts. Plaintiff Follows the teaching
of The Tzu Chi Foundation; pharma master shih yen Cheng and
thatch Nat HAN, and his holiness the DAli LAm. Plaintiff sincerely
believes that A Diet Based upon ethical sourcing of plant -
Vegetable, Nut, Fruit Fish is absolutely Necessary to Fully
Practice his religion. Plaintiff also believes that unnatural
Processea/chemically preserved Foods (Nitrites, Nitrates etc.),
Violates religious practices of buddhism. Buddhism teaches that
a (ethically grown) Nature based diet is Absolutely Necessary
For spiritual Balance and that Animal products and meat

Count 14 Continued.

1  is not Acceptable For 2 reasons. ① meat is not Acceptable
2  Because a sentient being is being Butchered, causing negitive Karma For
3  Plaintiff ② Animal based products such as eggs, milk, cheese are the
4  Product of industrilized Farming/Dairy, which torture the animals that
5  the products come from, This negitive Karma then causes cyclic
6  re-incarnation or samsara preventing Plaintiff from reaching Nirvana/
7  Slipstream. chemical Additives cause a physio-spiritual impediment.
8  Plaintiff explained this to Caldrin, and since the prison Doesent have
9  a spiritual diet to Accomodate, Plaintiff offered to compromise
10 and take the common Fair diet, offered to muslim, Jewish, 7th day
11 Adventists, Because common Fair most closely Accomodates
12 Plaintiffs needs, ie outmeal, onions, carrots, Bell peppers, Quinwa,
13 All Fresh Raw Vegitables. Caldrin personally denied Plaintiffs
14 "Doc# 3060", Plaintiff Appealed to caseworker Faliszek and
15 Warden Williams Per instructions on Doc# 3060 Form. Both stated
16 grievance denied and refused to remedy the Violations. Plaintiff is a
17 religious minority member, similarly situated with muslim/Jewish
18 offenders and denied equal Access, Further Strict compliance
19 with Plaintiff Diet would Just consist of Fresh Raw vegitables,
20 Rice, Beans, oatmeal & tang, All of which the prison Already
21 Buys. This has caused Plaintiff negitive Karma, Potentially
22 causing Plaintiff to be born in the Hungry Ghost Realm.
23 James Dzurenda is sued As official (Policy Maker) capicity
24 For this count. see Plaintiffs Legal Brief in support of
25 SAC § 1.

**COUNT** 15

The following civil rights has been violated: Negligence, IIED, gross Negligence Counterpart to Count 14, State Law tort, NRS.41031

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants. Brian Williams, Julio Caldrin, James Dzurenda, Faliszek. Plaintiff has Attempted to recieve A religious Diet Accomodation As early AS 9-9-14 (see grievance # 2006302639l). Filed Doc#3060 Form on three seperate occasion to Defendant Caldrin. Defendant Caldrin, williams, Faliszek refused to Allow plaintiff to Practice his religion through his diet. each had A Duty to Allow plaintiff to have A religious diet Consitent with his religious scruples, Failed in Said duty — whereby Plaintiff has Abandoned these Beliefs As he had Nothing else to eat. This has caused Plaintiff to Accrue Negitive KARMA. In other Words Plaintiff CAN be Reborn in Hell/hungry ghost Realm. James Dzurenda, chief policymaker for NDoc, Failed to create policies, and train and supervise Caldrin, williams, Faliszek

6 X

## COUNT 16

The following civil rights has been violated: Deliberate-indifference to A serious dental Need; A Violation of the 8th Amendment U-S-constitution, And IIED, state Law Tort, NRS 41.051.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: ABuen camino; June Doe ("CB"); Dr. mangapit; Dr. sanders, J. Torress; Romeo Aranas, Perry Russell, JAmes Dzurenda. on 8-18-15 Plaintiff was seen by Dr. Mangapit, the prison Dentist at HDSP. Plaintiff had A molar tooth removed @ this time, #2, at this time plaintiff ask Dr. mangapit to Fill the tooth #3 next to the extraction, and treat plaintiffs other teeth, As plaintiff had minor tooth pain from these cavities. Dr. Mangapit refused to treat any of these cavities. From 6-18-15 to About 1-21-17 tooth #3 caused some PAIN but Not extreme. On or about 1-21-17 tooth #3 Became inflamed, the nerve Became exposed causing plaintiff extreme Pain, difficulty eating, talking and sleeping. It Felt Like A Ice pick being Jammed repeatedly into my Jaw/Face. Dr. mangapit was deliberately indifferent on 8-18-15 by refusing to treat plaintiffs teeth. Plaintiff submitted handwritten medical kites to J. Torress, directly by hand on ① 1-31-17 ② 1-27-17 ③ 2-6-17 ④ 2-9-17. stating Plaintiff was in extreme PAIN, requesting "PAIN PACKS!!". plaintiffs medical kites were processed by June Doe (initials "CB") on 2-7-17, 2-8-17, 2-14-17, 2-10-17. plaintiff was NOT

6 - Y

Count 16 Continued

1 Provided with PAIN PACKS, but instead ignored. Plaintiff
2 specifically, personally Asked J. Torress at least twice for a
3 Pain Pack, J. Torres said No and ignored Plaintiff. Jane Doe Also
4 refused to send Plaintiff A pain pack. Plaintiff was seen on
5 3-27-17. This 65 day delay Also constitutes deliberate-
6 indifference. On 3-27-17 Dr. mangapit stated the teeth could
7 be saved If Plaintiff could pay for A Root canal. Plaintiff couldn't,
8 Plaintiff Asked Dr. mangapit to treat the teeth and save it, and
9 to treat the teeth Next to it, which was also painful. mangapit
10 refused, and stated he would only extract one teeth. Mangapit
11 extracted # 3. Plaintiff Asked if his other teeth could be saved
12 by Filings, mangapit stated yes. but that he would not treat them.
13 After the extraction, Plaintiff Again Asked mangapit to treat
14 Plaintiff's other teeth, to which mangapit stated "No I am
15 Not going to Fill your teeth." Leaving Plaintiff with
16 One Painful cavity — two Additional teeth became Painful between
17 3-27-17 to 12-11-17, For A total of 3 Painful cavities.
18 Plaintiff has 7-10 Plainly visible cavities. on 03·30-17
19 Plaintiff Filed a grievance, which was granted in Full on
20 4-03-17 by ABuen camino, which states "we will place
21 you on the List to be seen by the Dental department
22 regarding your dental Problem - - - upheld. Plaintiff was
23 Not seen, and IBuprofen didn't even dint the Pain.
24 On 11-6-2017 Plaintiff Filed An injunct A Motion For an
25 injunction to treat Plaintiff's cavities. on 12-4-17 The
26 court ordered the State to respond by 12-11-17
27
28

Court Continued

1. On 12-11-17 Plaintiff was seen by Defendant Dr. Sanders,
2. The State Filed its opposition to plaintiff motion For
3. an injunction hours After plaintiff was seen by Dr. Sanders,
4. stating plaintiff's dental needs had been met. But they
5. have Not (see Plaintiff Jesse Ross Affidavit #1, on
6. File). On 12-11-17 Dr. Sanders stated She was asked to
7. see me, but did not Know why I was to be seen.
8. I explained to Dr. Sanders I had 3 teeth causing me
9. pain, (which IBu 600mg was Not helping), I
10. explained I had 7-10 Other cavities I needed treated,
11. That I needed partial For my missing molars #.30, 31, 32
12. #14, #2, #3, Dr. Sanders did a Cursory exam, diagnosed
13. what Plaintiff believes to be 10-15 cavities, Based upon
14. Dr. Sanders exam that All Plaintiff's teeth could be saved.
15. Dr. Sanders Diagnosed Calculus Buildup (Severe) causing
16. Bacterial growth into the gums, that Should be immediately
17. removed. Plaintiff stated Please treat All of that,
18. Dr. Sanders wanted to do the Calculus and Bacterial
19. Buildup First. But said pick one tooth for
20. treatment. Dr. Sanders stated only one tooth would be
21. treated. Therefore I choose 1 of 3 painful teeth,
22. which She Filled. After #4 was Filled Plaintiff re-iterated
23. that he had 2 other painful cavities, requested Additional
24. treatment. Dr. Sanders stated No she was Leaving at 1 pm.
25. Dr. Sanders stated that I would have to submit A request,
26. and Appointment For each Cavity seperately & only 1 tooth
27. Would be treated per visit. The First visit took 65
28. days to get in the Second 240 days.

6-Z-1

Count 16 continued.

1  Dr. Sanders was Aware of the other 2 cavities.
2  PAIN, and 10-15 others & did not treat them.
3  At 65 to 240 days per appointment per tooth X
4  10-15 teeth it will take Plaintiff 600, to 3,000
5  days for treatment. Defendant Russell
6  Blocked Plaintiff's grievance from going to the
7  Next Level, By Frivolously rejecting it, Preventing
8  Plaintiff From possibly recieving Further care.
9  Defendants Aranas, Dzurenda, both directors,
10 are sued in this count in official capacity, For
11 the Policies that are unconstitutional, and Failing
12 to Attract and retain sufficient Numbers of
13 Dentist ( See Plaintiff Legal Brief in support
14 Of "SAC" Section 1

**COUNT** *17*

The following civil rights has been violated: *Negligence, Gross Negligence, Counterpart to Count 16 – State LAW Tort, NRS 41.031*

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: James Dzurenda, Romeo AranAS. Plaintiff had A right to Adequate, timely Access to Dental care. The Defendants Dzurenda, AranAS Had A Duty to provide A system of ready Access to sufficient Number of Dentist in A timely manner. Dzurenda, AranAS failed to create policies, Attract, retain sufficient numbers of Dentist, and to train and supervise Dental STAFF. The Failure of there Duty is the Direct or proximate cAus of Plaintiffs injuries, Plaintiff has sustained DAmage in the Form of Lost teeth, and unnecessary pAiN, and gum Bacterial growth.

6-Z-3

**COUNT** 18

The following civil rights has been violated: _Negligence and or gross-Negligence_
_State Law Tort - NRS 41-031_

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants Brian Sandoval President ; Adam Laxalt
~~Prison~~ Commissioner, Board of Prison commissioners.
Sandoval and Laxalt as Commissioners were negligent
in creating policies, and training and supervising James
Dzurenda, Romeo Aranas, Dwight Neven, Brian
Williams, causing plaintiffs injuries, the constitutional
and state law torts enumerated in counts 1-17
of this complaint. These ~~two~~ two commissioners had
An ~~Affid~~ Affirmative Duty of Care to Plaintiff,
Failed in that duty, the sum of which is
the direct, proximate or contributing cause
of plaintiffs injuries. The Board of Prison commissioners
approves or denies all NDOC Administrative
Policies, and are on notice of the ongoing
unconstitutional conditions, as the commissioners
review and defend Against suits Against NDOC.

6-2-4

## COUNT ~~22~~ 19

The following civil rights has been violated: Deliberate, indifference, A Violation of the 8th Amendment to the U.S. Constitution. NOT Supervisory Liability

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Defendants: Brian Sandoval; Adam Laxalt; James Dzurenda, Romeo Aranas; Brian Williams. The Injuries Plaintiff has sustained from medical, optometry, dental, and custodial staff as enumerated in counts 1-18, were caused in part By the Failure to be properly trained Laxalt, Sandoval had a duty to train Dzurenda, Dzurenda had a duty to train Aranas and Williams; ~~the~~ Aranas had a duty to train the medical, dental, optometry staff, Williams had a duty to train the owens, Caldrin, Faliszek, Russell, Plumleee Malone carderwood S.L. Foster, And were Deliberately indifferent By failing to train, and implement Adequate training Policies, to ensure humane treatment. This Duty to train was imposed by SCOTUS in Canton. See Plaintiffs Legal Brief in support of "SAC", Section 2 suits Against Supervisory Staff, for Failure to train

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ___✓___ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6 ~ 2 ~ 5

outline).

a)  Defendants: _Same_

b)  Name of court and docket number: _USDC- 2:17-CV-02246-MMD-PAL_

c)  Disposition (for example, was the case dismissed, appealed or is it still pending?): _Dismissed without Prejudice on Mtn From Plaintiff_

d)  Issues raised: _Conditions of confinement, I merged that CASE with this by Amendment._

e)  Approximate date it was filed: _9-1-17_

f)  Approximate date of disposition: _10-10-17_

2)  Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**

_✓_ Yes ____ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _Nye County_

b)  Name of court and case number: _unKnow - USDC- D-Nev- Kent J Dawsu_

c)  The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or _✓_ failed to state a claim upon which relief could be granted.

d)  Issues raised: _Blanket Strip Search, dismissed c/us Scotus Change President during Screening_

e)  Approximate date it was filed: _2011_

f)  Approximate date of disposition: _2012 - 13_

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _N A_

b)  Name of court and case number: _____

7

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

3)  Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _✓_ Yes ____ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) ____ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: _Plaintiff filed grievances & exhausted all Levels for each count; The Following is A List of the grievance #S._

8

1) 2006 - 304-300
2) 2006 - 303 - 7009
3) 2006 - 304 - 43665
4) 2006 - 304 - 0688
5) 2006 - 303 - 5969
6) 2006 - 304 - 6394
7) 2006 - 302 - 2075
8) 2006 - 304 - 6391
9) 2006 - 302 - 5392
10) 2006 - 301 - 5764
11) 2006 - 302 - 4716
12) 2006 - 302 - 9648
13) 2006 - 302 - 8499
1.

_____

_____

- - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

*See page 9-A For List of Full relief*

_____

_____

_____

_____

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury.  **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**  See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____*SAmee*_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_____*Jesse F Ross*_____
(Signature of Plaintiff)

*1-2-118*
(Date)

- - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)

_____

_____

9

Request For relief continued

Count 1:
Compensatory − $100,000
Exemplary − $10,00
Count 2:
Compensatory − $50,000
Exemplary − $50,000
Count 3:
Compensatory − $50,000
Exemplary − $10,000
Count 4:
Compensatory − $50,000
Exemplary − $10,000
Count 5:
Compensatory − $500,000
Exemplary − $100,000
Count 6:
Compensatory: $50,000
Exemplary: $50,000
Count 7:
Compensatory: $5,000
Exemplary: $1,000
Count 8:
Compensatory: $10,000
Exemplary: $1,000
Count 9:
Compensatory: $5,000
Exemplary: $1,000

Request for relief continued

1  Count 10
2  Compensatory: $1,000
3  Exemplary     $100.00
4  Count 11:
5  Compensatory: $5,000
6  Exemplary: $1,000
7  Count 12:
8  Compensatory $1,000
9  Exemplary: $100.00
10  Count 13:
11  Compensatory: $10,000
12  Exemplary: $1,000
13  Count 14:
14  Compensatory - $40,000
15  Exemplary- $4,000
16  Count 15:
17  Compensatory: $10,000
18  Exemplary: $1,000
19  Count 16:
20  Compensatory - $1,000,000
21  Exemplary - $100,000
22  Count 17:
23  Compensatory: $50,000
24  Exemplary: $5,000
25  Count 18:
26  Compensatory - $50,000
27  Exemplary - $5,000
28

Request For relief Continued

1  Count 19:
2   Compensatory $10,000
3   Exemplary: $1,000
4  Declaratory Relief; That the Court enter Declaratory
5  relief in all counts in Favor of plaintiff.
6  Injunctive RelreF;
7  (1) That the court appoint a special master to review
8  the MOS (including medical, dental optometry care) at
9  HDSP, to identify the Constitutional deficiencies,
10 report the same back to the court; and that
11 the court order NDOC-HDSP to remedy said
12 deficiencies within 12 months of court order;
13 (2) That the court enter an order requiring NDOC-Hosp
14 to provide each offender 2 hours of outdoor yard per day;
15 (3) That the court order HDSP to provide plaintiff A
16 Religious Diet Accomodation of only Raw vegitables,
17 Fruits, Plants, Nuts Fish — no Gmmo - Processed Food or
18 Animal Products, no Artificial preservatives,
19 And that Should NDOC refuse any injunctive orders,
20 The Court enter NDOC- into recievership of the
21 Court
22
23
24
25            Respectfully
26            Jesse R
27
28            Page 9-C

Jesse Ross # 1095756
HDSP - P.O. Box 650
Indian Springs NV. 89070

Clerk-
U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
Case No: 2:17-cv-02386-APG-GWF
Ross-v-Sandoval.

1710235