UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS, PRO SE<br><br>    Plaintiff,<br><br>VS.<br><br>BRIAN SANDOVAL, ET AL<br><br>    Defendant, | 2:17-cv-2386-APG-GWF<br><br>MINUTES OF THE COURT<br><br>Dated:   JANUARY 31, 2018 |

PRESENT:

THE HONORABLE **GEORGE FOLEY, JR., U.S. MAGISTRATE JUDGE**

DEPUTY CLERK:    E. GARCIA    LIBERTY RECORDING: 3A

PRESENT FOR PLAINTIFF: Jesse Aron Ross, Pro Se, telephonic appearance

PRESENT FOR DEFENDANT:   Jared Frost

The Court convened at 10:33 a.m.

The Court advises parties that this matter was referred by the District Judge.  The Court makes preliminary remarks and hears representations of Plaintiff and counsel as to [8] Motion for Preliminary Injunction.

**Defendants' exhibits 1-9 are admitted into evidence**.

Jesse Aron Ross, Pro Se is sworn in open court.  Jesse Aron Ross, Pro Se testifies on his behalf.

Mr. Frost examines Jesse Aron Ross, Pro Se.

**Dr. Paul Bitar** is called to the stand, sworn and testifies on direct examination by Mr. Frost.  **Defendants' Exhibit #5, #7 and #8 which has been previously been marked and admitted into evidence.**

The Court questions Defendants' witness Dr. Paul Bitar.

**Dr. Paul Bitar** cross examination by Jesse Aaron Ross, Pro Se.  **Defendants' exhibit #9 which has been previously been marked and admitted into evidence.**

**Jesse Aron Ross, Pro Se vs. Brian Sandoval et al**
**2:17-cv-2386-APG-GWF - Motion Hearing**
**January 31, 2018**                                                                                             **Page Two**

**Dr. Paul Bitar** redirect examination by Mr. Frost.

Court recesses at 12:18 p.m. Court reconvened at 12:28 p.m.

**Jennifer Nash** is called to the stand, sworn and testifies on direct examination by Mr. Frost.

Jesse Aron Ross, Pro Se objects to this witness.

The Court denies plaintiff's request as stated on the record.

**Jennifer Nash** testifies on direct examination by Mr. Frost.

The Court questions Defendants' witness Jennifer Nash.

**Jennifer Nash** cross examination by Jesse Aaron Ross, Pro Se. **Plaintiffs' exhibit A which was attached to plaintiffs' motion.**

**Jennifer Nash** redirect examination by Mr. Frost.

**Dr. Romeo Aranas** sworn and testifies on direct examination by Jesse Aaron Ross, Pro Se.

Mr. Frost is to file with the Court the Medical Directive 408 which was read by Dr. Aranas.

**Dr. Romeo Aranas** direct examination by Jesse Aaron Ross, Pro Se.

**Dr. Romeo Aranas** cross examination by Mr. Frost.

**Dr. Romeo Aranas** redirect examination by Jesse Aaron Ross, Pro Se.

Closing arguments made by Jesse Aaron Ross, Pro Se.

Closing arguments made by Mr. Frost.

Rebuttal closing arguments are made by Jesse Aaron Ross, Pro Se.

Mr. Frost is to provide the Court with Plaintiffs' dental chart as discussed in open court.

Parties discuss with the Court of sealing documents.  None at this time.

**Jesse Aron Ross, Pro Se vs. Brian Sandoval et al**
**2:17-cv-2386-APG-GWF - Motion Hearing**
**January 31, 2018**                                                                                                           **Page Three**

Within one (1) week from today's date, Mr. Frost is to provide all documents as discussed in open court.

The Court takes this matter under submission.  A report and recommendation will be issued.

The Court adjourned at 1:42 p.m.

                                        **DEBRA KEMPI, CLERK**
                                        **UNITED STATES DISTRICT COURT**

                                        By:          /s/
                                        E. Garcia, Deputy Clerk