# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS, | Case No.: 2:17-cv-02386-APG-gwf |
| Plaintiff | **Order for Defendants to Respond** |
| v. | |
| BRIAN SANDOVAL, et al., | |
| Defendants | |

IT IS ORDERED that the defendants shall file a response to the plaintiff's motion for preliminary injunction by Wednesday, August 29, 2018. If plaintiff chooses to file a reply, he shall do so within 10 days after the defendants file their response. The second amended complaint will be screened in a separate order.

DATED this 21st day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE