1. Jesse A. Ross #1095756
2. HDSP - P.O. Box 650
3. Indian Springs NV 89070
4.
5.      UNITED STATES DISTRICT COURT
6.          DISTRICT OF NEVADA
7.
8. Jesse Aron Ross,              CASE NO:
9.        Plaintiff,              2:17-cv-02386-APG-GWF
10. -VS-
11. BRIAN Sandoval et al.,      * Motion for Leave of Court
12.       Defendants.              to File 1) Bill of Costs 2)
13.                                Motion for Costs/Fees, (Fed. R.
14.                                Civ. P. Rule 54 (A) & d(1)).
15.
16. COMES NOW above named Plaintiff, Appearing
17. Pro-se - incarcerated, To Respectfully request
18. Permission from the Court to File the above papers.
19. This motion is based upon the papers & pleadings
20. on File, The Attached Memorandum of points &
21. Authorities, as well as any oral arguement
22. Permitted @ the hearing of this matter.
23.
24.
25.
26. Certificate of Service Attached
27.
28.                    1

[FILED stamp: NOV - 7 2018, CLERK US DISTRICT COURT, DISTRICT OF NEVADA]

1. Memorandum of Points & Authorities
2. I. (A) Pertinent Procedural history
3. On 10/15/18 This court conducted A 1915
4. screening of A Civil Rights complaint, referring
5. the same to the mediation program, entering
6. A 90 stay, Barring the filing of "pleadings
7. or papers" (ECF NO: 60 @ pg. 30 Lines 16-20)
8. (B). On 10-19-18 The Court granted Plaintiff Rule
9. 65 motion ECF NO: 61.
10.
11. II. Legal Standard
12. It is well established That the [U.S.]
13. District Courts have the inherent power to
14. control their dockets. (Thompson-v- Hous. Auth. of
15. City of Los Angeles 782 F.2d 829 [9th cir 1986]).
16.
17. III. Legal Arguement.
18. Plaintiff Respectfully moves the court permit plaintiff
19. (for the reason set forth in the "motion for
20. costs & expense") File the Bill of costs + expenses
21. As Fed. R.Civ.P. Rule 54(d)(1) has specific
22. time Frames as to when + how said filings
23. must be executed. The motion must be filed by 11-2-18
24. see Fed.R.Civ.P6 Rule 54(d)(2)(b)(i)
25. 26 October 2018                              Jesse Ross
26.                                              Jesse Ross
27.                                              Pro-se-Plaintiff.
28.

2

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Jesse A. Ross__, declare:

I am over 18 years of age and a party to this action. I am a resident of __High Desert State Prison__ Prison, in the county of __Clark, Nevada__,

My prison address is: __P.O. Box 650 Indian Springs NV. 89070__

On __10-30-18__,
(DATE)

I served the attached: __Motion for Leave of Court to File 1) Bill of costs 2) motion for costs/fees - - -__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

__Jared M Frost NV. AG 555 East Washington Ave #3900 Las Vegas NV 89101__

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on __10-30-18__    __Jesse Ross__
(DATE)                        (DECLARANT'S SIGNATURE)

K:\COMMON\CSA\FORMS\P_PRFSVC.WPD August 21, 2000 (2:11pm)

Jesse A. Ross #1095756
Hosp- P.O.Box 650
Indian Springs NV 89070

Mtn. For leave to File mot.,
Ross-V-Sundown etal., LAS VEGAS NV 8900
USDC NV:
2:17-CV-02386-APG-GWF
05 NOV '18 PM 3 L

Hasler 4725464
US POSTAGE $000.47
ZIP 89101
011E12350051

Clerk
USDC D. Nev
Lloyd D. George U.S. Courthouse
333 Las vegas blvd. S.O. - Rm 1334
Las Vegas NV. 89101
89101-706934

Legal mail