1  Jesse A. Ross # 1095756
2  HDSP- P.O. Box 650
3  Indian Springs
4  NV 89070
5
6        UNITED STATES DISTRICT COURT
7           DISTRICT OF NEVADA
8  Jesse Aron Ross,
9          Plaintiff,                CASE NO:
10 -VS-                               2:17-CV-02386-APG-GWF
11 BRIAN Sandoval et al,             Oral Argument Requested ★
12          Defendants.              Motion For costs & Fees
13                                   (Fed. R. civ. P. Rule 54(d)(1))
14                                   Associated with; [ECF No: 43],
15                                   Plaintiff's motion For Preliminary
16                                   Injunction No: 2
17
18 Comes Now Above named plaintiff; appearing Pro-se,
19 Incarcerated; To respectfully request the court Award (consistent
20 with Fed. R. civ. P. Rule 54 (A)) Plaintiff reasonable costs,
21 and Fees. This Motion is based upon the papers and
22 Pleadings on File, The Attached memorandum of Points
23 & Authorities, As well As any oral Argument
24 permitted @ the hearing OF this matter.
25
26 ★ Per USDC. D. Nev Local Rules LRII 78-1 [civil
27
28 Certificate OF service Attached.

                        1

1   MEMORANDUM OF POINTS & AUTHORITIES.

2

3   I. Summary of the Arguement

4

5   Plaintiff respectfully requests this court
6   Award plaintiff reasonable expenses Associate
7   with the preperation, Fileing of [ECF No. 48]
8   Plaintiff motion for preliminary Injunction No. 2
9   (hereinafter "ECF No. 48"), consistent with
10  Applicable Rules, statutes and 9th cir Jurisprudence
11  Listed herein.

12

13  II. Pertinent Procedural history
14  (A) On 12-18-17 plaintiff filed A Second Amended [civil]
15  complaint ("FAC"), ECF No. 19
16  (B) On 08-10-18 Plaintiff Filed A motion for A preliminary
17  Injunction No. [ECF No. 48]   A Appendix Brief [ECF No. 49]
18  (C) On 08-30-18, Plaintiff filed A supplemental
19  Appendix Brief [ECF No. 56]
20  (D) On 09-06-18 The Defendants Filed an oppesition
21  to Plaintiffs motion for preliminary Injunction No. 2,
22  [ECF No. 57]; Along with A 120 page Appendix.
23  (E) On 09-14-18 Plaintiff filed A reply to; the defendants
24  oppesition to; Plaintiff motion for preliminary
25  Injunction No. 2
26  (F) On 10-15-18 The court conducted 1915 screening
27  of the Second Amended [civil] complaint [ECF No. 19];
28  stayed the Action pending possible mediation resolution, For

1   90 days -

2   (G) On 10-19-18, even though the Action was stayed

3   Per the 10-15-18 §1915 order, The Court granted

4   in part plaintiff's Motion for preliminary injunction

5   No. 2   (Herein After Referred to AS [ECF No: 48])

6   (H) Plaintiff timely Filed A "Bill of Costs" with

7   the court cler.

8

9   III   Table of Authorities                                    Page First cited:

10  (1) Worseldier-v-wadford 418 F.3d 989

11  [9th cir 2005]                                                         4

12  (2) Crawford Fitting Co. -v- J.T. Gibbons

13  Inc 482 u.s. 437 [1987]                                          4

14  (3) McGill-v-Faulkner 18 F.3d 456 [7cir 1994]        5

15  (4) Sanders-v-Sembold 188 F.3d 509 [6cir 1999]    5

16  (5) Burt-v-Hennessey 929 F.2d 457 [9th cir 1991]   6

17  (6) Jermosen-v-Smith 733 F supp 13 [WDNY 1990]  6

18  (7) Howard-v-Connett 2017 u.s. Dist Lex's 17 213

19  D.Nev. 10-17-17                                                    7

20  (8) Coleman-v-Turner 838 F.2d 1004 [8th cir 1988]  7

21  (9) Hadix-v-Johnson 322 F.3d 895 [6th cir 2003]      7

22  (10) Fed R. Civ. P. Rule 54                                       4

23  (11) Fed. R. Civ. P. Rule 65                                      4

24  (12) 28 usc §1292(a)(1)                                           4

25  (13) 28 usc §1920                                                    4

26  (14) 28 usc §1915(F)(2)(A)                                     5

27  (15) 42 usc §1998                                                    6

28  (16) 28 usc §1924                                                    7

1  IV. Legal Standard

2

3  The Federal rules of Civil Procedure ("FRCP")
4  Provide That a prevailing party may recover costs
5  and reasonable expenses Associated with Judgements
6  (see FRCP Rule 54). This same rule also clearly
7  & concisely defines what A "Judgement" is. In.

8

9      "Judgement" as used in these rules includes a
10     decree and any order from which an appeal lies."
11     FRCP Rule 54(a).

12

13  A Motion for A preliminary injunction under FRCP
14  rule 65 is Automatically Appealable upon the
15  Courts order. title 28 usc § 1292(a)(1); see also
16  Warsoldier-v-woodford 418 F.3d 989 @ 991   9th cir 2005.

17

18  Actual costs Do not include every Expenditure
19  that a Litigant makes in the course of Litigation,
20  they Are in fact Limited to specific items Listed
21  in 28 usc § 1920, including ---- Copies of
22  Necessary documents --- and a Few other items,
23  (Crawford or Crawford Fitting Co -v- J.T. Gibbons Inc.
24  482 U.S. 437 @ 441-42 [1987]). The District
25  Court has substantial discretion whether and to
26  what extent to tax costs for those items. I.D.

27

28

1   A Pro-Se Litigant may be awarded costs on the
2   same basis as any other Litigant, (Coleman-v-turner
3   838 F.2d 1004 @ 1005 [8th cir 1988]), And may have
4   Costs imposed against him even if he is a Pro-se-
5   IFP-Prisoner (McGill-V-Faulkner 18 F.3d 456 @
6   460 [7th cir 1994]; Sanders-v-Senbold 188 F.3d
7   509 @ 509 [6th cir 1999], $7,989.90 Costs; $15,750
8   Attorney Fees), and 28 usc $~~(F)(2)(A)~~ 1915(F)(2)(A)
9
10  FRCP Rule 54(d)(1):
11
12      "unless a federal statute, these rules or a
13      court order provides otherwise, costs - other
14      than Attorney Fees - should be allowed to
15      the prevailing party. ~~But Costs~~ _ _ _ _
16      _ _ _ _ The clerk may tax Costs on 14
17      days Notice. on motion served within
18      the next 7 days, the court may review
19      the clerks Action.
20
21  Attorneys Fees and related Expenses
22
23      FRCP Rule 54(d)(2):
24
25      "Attorney Fees.
26      (A) claim to be by motion. A claim for Attorney
27      Fees and related nontaxable expenses must
28      be made by motion unless the substantive

"requires those fees to be proved @ trial
as an element of Damages,

(B) Timing and contents of the motion. unless
a Statute or Court provides otherwise, the
motion must:

(i) be filed no later than 14 days after the
entry of Judgement;

(ii) specify the Judgement and the Statute, rule
or other grounds entitling the movant to
the Award;

(iii) state the Amount sought or provide a fair
estimate of it; and

(iv) disclose if the court so orders, the terms
of any agreement about Fee's for which
the services for which the claim is made."

Attorney' Fees statutes also permit that Pro-se
Plaintiff's may recover these expenses, even though
they are Not entitled Attorneys Fee's.

A Pro-se Plaintiff may recover litigation expenses
to extent attorney could recieve them under
a Award of Attorney Fee's pursuant to
42 USC § 1988. (Burt-v-Hennessey
929 F.2d 457 @ 459 [9th cir 1991]),
~~Mayberry-v-Walters~~ (Jermosen-v-Smith
733 F.Supp 13 @ 14 (WD NY 1990) ).

6

The U.S. District Court, District of Nevada
HAS infact addressed Legal Assistant/
ParaLegal Fee's Associated with Litigation
In Howard - v - Connett 2017 U.S. Dist Lexis
17213 (D. Nev 10-17-17 — 2:11-cv-01402-
RFB-GWF) section III, Titled motion for
Attorney Fee's sub. Para "D", Judge RFB
granted Legal Assistant Fee's.

Finally to recover Costs, the prevailing party
files a bill of costs with the court, supported
by an Affidavit verifying its correctness,
and that the costs were necessary for
the Litigation. (28 usc §1924).

## V. Legal Arguement

### A. Costs.

Plaintiff has submitted a itemized List
of Actual Cost's he expended for copy work,
and postage Associated with the filing
and Reply of ECF NO: 48. Plaintiff
requests a reasonable $43.44. see EX.
A. This request is Appropriate, and consistant
with equity and precedent. (coleman-v-Turner 838
F.2d 1004 @ 1005 [8th cir 1988] / Hadix-v-Johnson 322
F.3d 895 @ 900 [6th cir 2003] ).

(7)

1 (B) Fee's

2 (i) Judgment entitling mount to Award; and Rule-

3 Statute permitting the same,-

4 (a) Judgement = ECF No: 61 in Ross-v- Sundoval et al',

5 USDC No: 2:17-CV-02386-APG-GWF

6 (b) Rule = "FRCP" 54 (A) - defining "Judgment"

7 (c) Statute = 28 usc § 1292 (a) (1) - defining appeallability

8 of A Rule 65 motion

9 (d) Amount sought = $ 925.00 (see EX B pg 3

10 Line 14.

11

12   Plaintiff is clearly not a Liscenced attorney,

13   However plaintiff is a honors graduate of

14   Black Stone Career institute ("BCi") (www.

15   blackston.edu), Which is A Nationally Regionally

16   accredited Privately Liscenced School, which

17   Cost plaintiff substantially Financially for

18   tuition and books, (see EX B pg 3 Lines

19   17 - 28 and EX C pages 1-3). Copy of transcripts.

20

21   The Ninth Circuit Court of appeals has

22   held Pro-se Plaintiff's may recover Expenses,

23   even though they are Not entitled to Actual

24   Attorney Fees, (under the current Rate of $ 190.50

25   Howard-v-cannett @ section 3).

26

27   As such Plaintiff Respectfully seeks

28   $ 50.00 Per Hour, In Light of

1  The substantial research and writing, done longhand;
2  It is reasonable. Especially since if plaintiff were to
3  loose & the AGO were the prevailing party, they would
4  seek costs/fees.
5
6  ## VI. Conclusion
7  Plaintiff incurred substantial copywork/postage costs, In
8  Light of plaintiff's near poverty (Plaintiff recieves maybe
9  $140.00 a month). As such this cost is a huge sacrafice, and
10  Plaintiff hour after long hour writing his papers longhand, and
11  many hours researching (Plaintiffs itemized List of hours is
12  Actually very conservative).
13  A Grant or denial of A preliminary Injunction is A
14  "Judgement" (According to "FRCP" Rule 54(a)) to which a
15  prevailing party may @ the courts discretion, recieve
16  Costs and fees.
17  Plaintiff respectfully requests this court Award:
18
19  Paralegal/Legal Assistant Fee's  19.5hr⊗ $50.00  = $9.25.00,
20  Actual costs - Postage/copywork              ± 43.44,
21  Grand total                        = $968.44.
22  10-26-18
23
24                              Jesse Ross
25                              JESSE ROSS
26                              Pro-se - Plaintiff
27
28

9

**EXHIBIT** _A_

Bill of Costs

**EXHIBIT** _A_

1  Jesse A. Ross #1095756
2  HDSP- P. O. Box 650
3  Indian Springs N.V. 89070
4
5        UNITED STATES DISTRICT COURT
6           DISTRICT OF NEVADA
7
8  Jesse Aron Ross,            CASE No:
9         Plaintiff,           2:17-CV-02386-APG-GWF
10  -VS-
11  Brian Sandoval et al.,     * Plaintiff's "Bill of Costs"
12         Defendants          In relation to ECF No: 48 + 60,
13  _____           Plaintiff motion for preliminary
14                             Injunction No: 2, and order
15                             Granting Injunction.
16
17                 _____
18  This Bill of Costs is signed under Declaration
19  of penalty of perjury per 28 USC $ 1746,
20  NRS 208.165; NRS 53.045. see Page 3
21
22      Total Costs Requested - $ 43.44
23
24  Fed. R. Civ. P. Rule 54(d)(1); 28 USC $ 1920.
25  This Bill of Costs is Directed to the costs Associated with
26  the Filing of ECF No: 48; and the Judgement (in accordance
27  with Fed. R. Civ. P. Rule 54(a) entered in ECF No: 61
28  Certificate of service Attached.

I. Itemized List of expenses/ costs In Re: EcF No 48

(A) Plaintiffs motion for preliminary Injunction No: 2 [19 pages] copied twice 38 pages = $3.80; Postage $2.20                                                                = $600

(B) Plaintiffs Appendix Brief; 51 pages copied twice - 102 pages @ $10.20; Postage $6.12                                      ± 1632

(C) Plaintiffs supplement to Plaintiffs Appendix Brief; 51 pages Copied twice - 102 pages @ $10.20 Postage $612 ± 1632

(D) Plaintiffs Reply to; Defendants opposition to; Plaintiffs motion for preliminary Injunction No: 2  13 page copied twice 26 pages @ $2.60, Postage $2.20                                                    ± $4.80

Prison Photo copies are ¢ 10 each, one copy for Plaintiff, one for defendant original to Court, each Filing requires sn'Ail mail postage to court + AC70. These Costs were Necessary.

Line Item Grand total                                        — $43.44

2

1 I understand that a false statement or answer
2 will subject me to the penalties of perjury and/or
3 sanction by this court.
4

5 I Jesse Aron Ross Declare under penalty of perjury
6 under the Laws of the United States of America, and,
7 the State of Nevada; that the foregoing is true
8 and correct to the Best of my personal Knowledge;
9 except those statements based upon information
10 and belief; and as to those I believe them to
11 be true. 28 usc § 1746; NRS 208.165; NRS 53.045.
12

13 signed on 10-26-18 @          X Jesse Ross
14 22010 Cold Creek Rd           Declarant:
15 (Clark County)               Jesse Aron Ross
16 Indian Springs NV.           #1095756 - HDSP
17 89070                        P.O. Box 650
18                              Indian Springs NV. 89070
19
20
21
22
23
24
25
26
27
28

3

**EXHIBIT** ß

Bill of Costs & Fees

**EXHIBIT** ß

1  Jesse A. Ross # 1095756
2  HDSP P.O. Box 650
3  Indian Springs N.V. 89070

```
┌──────────────────────────────────┐
│ ___ FILED        ___ RECEIVED     │
│ ___ ENTERED      ___ SERVED ON    │
│        COUNSEL/PARTIES OF RECORD  │
│   ┌──────────────────────────┐    │
│   │     NOV - 7 2018          │    │
│   └──────────────────────────┘    │
│      CLERK US DISTRICT COURT      │
│        DISTRICT OF NEVADA         │
│ BY:_____ DEPUTY  │
└──────────────────────────────────┘
```

4
5          UNITED STATES DISTRICT COURT
6           DISTRICT OF NEVADA
7
8  Jesse Aross Ross,                    CASE NO:
9          Plaintiff,                   2:17-CV-02386-APG-GWF
10  -VS-
11  BRIAN Sandoval etal.,          * Plaintiff's "BILL OF
12          Defendants.            COSTS" and Fees - In
13                                 Relation to [ECF NO: 48];
14                                 Plaintiffs motion for
15                                 Preliminary Injunction No: 2.
16
17  This Bill of Costs is signed under Declaration
18  of penalty of perjury; 28 USC §1746,
19  NRS 208.165; NRS 53.045.
20
21  Total Costs and Fees Requested (Page 3) = $968.44
22
23
24
25
26
27
28  Certificate of service Attached.

1

I. Itemized List of expenses

(A) Plaintiffs motion for preliminary Injunction No: 2;
19 Pages copied twice $3.80 (38 pages).
Postage $2.20 = $6.00
(B) Plaintiff's Appendix Brief; 51 pages copied twice
102 pages $10.20; Postage $6.12 = $16.32
(C) Plaintiff's supplement to Plaintiffs Appendix Brief;
51 pages copied twice 102 pages $10.20; Postage
$6.12 = $16.32
(D) Plaintiff's Reply to; Defendents opposition to;
Plaintiffs motion for preliminary Injunction No:2;
13 pages copied twice $2.60 - Postage
$2.20 = $4.80
Prison Photocopies are $.10 per page.
Total Cost For Postage and Prison copy work
Line items A - D = $43.44

II. Hourly Fee Itemization
(A) Motion for preliminary Injunction No: 2
10 Hours of Actual research, writing, orginizing
Plaintiffs Appendix Brief
Requested Fees of 10 hours X $50.00 = $500.00
(B) Plaintiffs supplement to plaintiffs Appendix
Brief . 5 hour X $50.00 = $25.00
(C) Reading Defense opposition to plaintiffs
Motion for preliminary Injunction No:2 - .75 hr;
and defense Appendix Volume No: I consiting

2

1  of 16 Exibits totalling 120 pages; 3.25 hours,
2  4. hours X $ 50.00                    $\overset{+}{=}$ $ 200.00
3  (D) Plaintiff's reply to; Defense opposition to;
4  Plaintiff's Motion for preliminary Injunction No: 2;
5  4.0 hours of Actual Research, cross-Research,
6  And writing. 4 hours X $ 50.00 $\overset{+}{=}$      $ 200.00
7
8  NoTe: Plaintiff Must Long Hand All pApers,
9  an especially onerous TASK.
10
11  Line items section II. A-D           = $ 925.00
12
13    Section I                         = $ 43.44
14    Section II                        = $ 925.00
15              GRAnd total = $ $968.44
16
17  Plaintiff, Based upon information, Belief and
18  personal Knowledge Believes the Above is
19  true & Accurate Expenditure of expenses
20  I Jesse Ross certify That I Am a Blackstone career
21  Institute graduate (www. Blackstone.edu) ("BCI').
22  I certify I graduated with honors (95.80% GPA) on
23  11-07-2017 After 28 months of enrolled study. I Certify
24  that BCI is Nationally Accredited by "DeAC"; regionally
25  Accredited by "MSC" and A Liscence private school
26  regulated by the pennsylvania state board of private
27  Liscensed schools, and that @ my own expense Paid
28  tuitions and books.

                    3

1  I understand that a False statement or Answer
2  will subject me to penalties of perjury and/or
3  sanction by this court.
4
5  I Jesse Aron Ross Declare under penalty of
6  Perjury under the Laws of the United States
7  of America; and the State of Nevada;
8  That the foregoing is true and correct to the
9  Best of my personal Knowledge; except those
10 Statements made upon information & Belief; and
11 As to those I Believe them to be true.
12 28 USC §1746; NRS 53.045; NRS 208.165
13
14 Signed on 26 October 2018          X  Jesse Ross
15 @ 22010 cold creek Rd
16 (Clark county)                      Declarant:
17 Indian Springs NV. 89070           Jesse Aron Ross
18                                     #1095756 - HDSP
19                                     P.O. Box 650
20                                     Indian Springs
21                                     NV. 89070
22
23
24
25
26
27
28

4

**EXHIBIT C**

Plaintiff's Blackstone
1) certificate  2) school transcripts

**EXHIBIT C**



# Blackstone Career Institute

*Est. 1890*

Confers this Certificate of

## Legal Assistant/Paralegal

with Distinction upon

### Jesse Aron Ross

who has fulfilled all the requirements prescribed by the School and is entitled to all of the honors, rights and privileges thereunto appertaining.

In Testimony Whereof this recognition of achievement is

Given this 7th day of November 2017

President

Director of Education

Gloria N. Clark, B.S., M.Ed.

# BLACKSTONE CAREER INSTITUTE

1011 Brookside Road, Suite 300, P.O. Box 3717, Allentown, PA 18106-3717

## Student Transcript
### 31 Lesson Paralegal Studies Certificate Program
915 Clock Hours

**Student:** Jesse Ross 1095756
**Address:** PO Box 650
Indian Springs NV 89070

**Student Number:** 08032292
**Enrollment Date:** 07/01/2015
**Completion Date:** 11/07/2017

| Text/Subject | Date Completed | Grade | Text/Subject | Date Completed | Grade |
|---|---|---|---|---|---|
| **Lesson: 1** | | | **Lesson: 8** | | |
| • Introduction To Law | 08/18/2015 | 100 | • Law of Private Corporations | 09/22/2017 | 95 |
| • Contracts Part I | 08/18/2015 | 95 | • Law of Partnerships Part I | 09/22/2017 | 95 |
| • Contracts Part II | 08/18/2015 | 100 | • Law of Partnerships Part II | 09/22/2017 | 100 |
| • Contracts Part III | 08/18/2015 | 90 | **Lesson: 9** | | |
| **Lesson: 2** | | | • Constitutional Law Part I | 09/25/2017 | 100 |
| • Law of Torts Part I | 11/06/2015 | 100 | • Constitutional Law Part II | 09/25/2017 | 90 |
| • Law of Torts Part II | 11/06/2015 | 95 | | | |
| • Law of Torts Part III | 11/25/2015 | 90 | **Lesson: 10** | | |
| • Law of Torts Part IV | 11/25/2015 | 95 | • Constitutional Law Part III | 10/24/2017 | 95 |
| **Lesson: 3** | | | **Lesson: 11** | | |
| • Criminal Law Part I | 01/05/2016 | 100 | • Legal Research Part I | 10/24/2017 | 100 |
| • Criminal Law Part II | 01/05/2016 | 100 | **Lesson: 12** | | |
| **Lesson: 4** | | | • Legal Research Part II | 10/30/2017 | 90 |
| • Real Property Part I | 08/02/2016 | 100 | **Lesson: 13** | | |
| • Real Property Part II | 08/02/2016 | 100 | • Employability Skills | 10/30/2017 | 95 |
| **Lesson: 5** | | | **Lesson: 14** | | |
| • Real Property Part III | 01/16/2017 | 95 | • Ethics | 11/01/2017 | 100 |
| • Real Property Part IV | 01/16/2017 | 100 | | | |
| **Lesson: 6** | | | | | |
| • Pleadings in Civil Action Part I | 01/16/2017 | 90 | | | |
| • Pleadings in Civil Action Part II | 07/25/2017 | 95 | | | |
| • Practice in Civil Actions | 07/25/2017 | 90 | | | |
| • Criminal Procedure | 07/31/2017 | 85 | | | |
| **Lesson: 7** | | | | | |
| • Wills Part I | 09/19/2017 | 100 | | | |
| • Wills Part II | 08/07/2017 | 95 | | | |
| • Trusts | 09/19/2017 | 95 | | | |

**Student Average:** 95.80%    ** FINAL **        This Document Issued: 11/07/2017

**Blackstone Career Institute**

By: *Valerie L. Behrle* B.S. M.Ed.
Registrar


A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu

**Blackstone Career Institute**
**1011 Brookside Rd, Suite 300**
**Allentown, PA 18106**
**610-871-0031   FAX: 610-871-0034**
**Blackstone.edu**

## HISTORY

If you search back issues of the World Book Encyclopedia you will find Blackstone listed as one of the oldest correspondence schools in the nation, founded in 1890 as the Blackstone School of Law in Chicago. In the early 1900s, the Modern American Law Series was developed for the program and was enthusiastically received by the legal community and laymen alike as a simple yet authoritative commentary on the law. In the late 1970s, Blackstone became a legal assistant/paralegal school and moved to Dallas, Texas. Additional study units on legal research, ethics, and employment skills were added so that graduating students could sit for the Certified Legal Assistant (CLA/CP) exam.

In 2001, Direct Learning Systems Inc., an online publishing company, purchased the Blackstone legal assistant/ paralegal school from the retiring owner and relocated to Pennsylvania. Shortly after, the name was changed to Blackstone Career Institute (BCI), currently offering distance education programs in a variety of career fields in addition to continuing legal education courses.

### Mission Statement

*"A pioneer in distance education, Blackstone Career Institute has been meeting the needs of adult learners since 1890. The school's mission is to change people's lives through education, teaching them new skills and preparing them for entry-level careers in today's high demand fields. Blackstone offers adult learners convenient and affordable training that accommodates their busy schedules while helping them successfully meet their educational goals. As a nationally and regionally accredited school, we fulfill our mission by providing high-quality, effective, technology-driven distance education programs and services."*

### RELEASE OF INFORMATION

In compliance with the Family Educational Rights and Privacy Act of 1974, this information is transferred at the request of the student.  The recipient will not permit any other party access to the information without written consent of the student.

**AUTHENTICITY:** This Transcript contains an indelible Water Mark Logo.  It is transparent and visible from both sides.  Hold up to light to verify.  Attempts to copy this document will result in the word "VOID" appearing on the copy.

## ACADEMIC CALENDAR

Offering open admission, students can enroll at any time and start their studies immediately.

## ACCREDITATION

Blackstone Career Institute is an online school accredited by the Distance Education Accrediting Commission (DEAC), Washington, D.C., regionally accredited by the Middle States Commission on Secondary Schools, and is a private licensed school regulated by the Pennsylvania State Board of Private Licensed Schools.

## GRADING SYSTEM

| Letter Grade | Numerical Equivalent |
|---|---|
| A | 94-100 |
| B | 86-93 |
| C | 78-85 |
| D | 70-77 |
| F | Below 70 |

Any student who attains a final average of 94-100% at the end of their career training program will qualify as graduating "with Distinction."  The certificate issued upon graduation will note this honor.

REV 9/17

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Jesse Ross_____, declare:

I am over 18 years of age and a party to this action.  I am a resident of _High Desert_

_State Prison_____ Prison,

in the county of _Clark County Nevada_____,

My prison address is: _P.O. Box 650 Indian_

_Springs NV. 89070_____

On _11-1-18_____,
        (DATE)

I served the attached: _Motion for costs & Fees (Fed .R.Civ._

_P. Rule 54(d)(i)._____
                (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope,

with postage thereon fully paid, in the United States Mail in a deposit box so provided at the

above-named correctional institution in which I am presently confined.  The envelope was

addressed as follows:

_Jared Frost N.V. Agoo 555 East washington Ave_

_#3900 Las Vegas NV 89101_____

I declare under penalty of perjury under the laws of the United States of America that the

forgoing is true and correct.

Executed on _11-1-18_____        _Jesse F Ross_____
                (DATE)                                  (DECLARANT'S SIGNATURE)

K:\COMMON\CSA\FORMS\P_PRFSVC.WPD August 21, 2000 (2:11pm)

Jesse Ross #1095956
HDSP- P.O. Box 650
Indian Springs N.V.
89070

Mail For Costs/Fees

Ross-v- Sandoval (et al)
USDC No:
2:17-cv-02386-APG-GWF

3762

Legal Mail

Clerk
USDC-D. Nev
Lloyd D. George U.S. Courthous
333 Las Vegas blvd. S.O.- Rm 1334
Las Vegas N.V. 89101

172 5385