1  AARON D. FORD
   Attorney General
2  JARED M. FROST (Bar No. 11132)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Avenue
   Suite 3900
5  Las Vegas, Nevada 89101
   (702) 486-3177 (phone)
6  (702) 486-3773 (fax)
   Email: jfrost@ag.nv.gov

*Attorneys for Defendants Alberto Buencamino,
Julio Calderin, Amy Calderwood, Marie Cervas,
James Dzurenda, Joseph Faliszek, William Glass,
Dwight Neven, Dean Ontiveros, Robert Owens,
Perry Russell, Louisa Sanders, Jamelah Torres,
Bryant Vaughn, Harold Wickham, and Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE ARON ROSS, | Case No. 2:17-cv-02386-APG-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| BRIAN SANDOVAL, *et al.*, | |
| Defendants. | |

It is stipulated by and between Jesse Aron Ross, Plaintiff pro se, and Defendants Alberto Buencamino, Julio Calderin, Amy Calderwood, Marie Cervas, James Dzurenda, Joseph Faliszek, William Glass, Dwight Neven, Dean Ontiveros, Robert Owens, Perry Russell, Louisa Sanders, Jamelah Torres, Bryant Vaughn, Harold Wickham, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The parties further

state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED March 11, 2019.

_____
Jesse Aron Ross
*Plaintiff, Pro Se*

DATED March 19, 2019.

AARON D. FORD
Nevada Attorney General

By: _____
Jared M. Frost
Senior Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: March 26, 2019.

_____
UNITED STATES DISTRICT JUDGE